UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, et al.,<br><br>Defendants. | No. 2:18-cv-00525-TSZ<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' RESPONSES TO PLAINTIFF'S COMPLAINT |

Pursuant to Local Civil Rule 7(d)(1) and 10(g), Plaintiff Adrienne Benson and Defendant Double Down Interactive, LLC ("Double Down") and Defendant International Game Technology ("IGT") (collectively, "Defendants") hereby stipulate to a briefing scheduling on Double Down and IGT's responses to the April 9, 2018 Complaint filed by Plaintiff ("Complaint") as follows.

## I. BACKGROUND

Defendants have appeared through the undersigned counsel, but have not yet responded to the Complaint.

Plaintiff and Defendants have come to an agreement on the following briefing schedule to accommodate sufficient time to fully brief potentially dispositive motions brought as their responsive pleadings.

## II. STIPULATED BRIEFING SCHEDULE

Accordingly, Plaintiff and Defendants stipulate and agree to the following schedule:

STIPULATION AND ORDER RE: BRIEFING SCHEDULE
(2:18-cv-00525-TSZ) - 1
4827-8847-0116v.6 0111414-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| Agreed-Upon Date: | Response Deadline: |
|---|---|
| June 1, 2018 | Defendants' Motions in Response to the Complaint |
| July 6, 2018 | Plaintiff's Opposition to Defendants' Motions |
| July 20, 2018 | Defendants' Replies to Plaintiff's Opposition |

Plaintiff and Defendants do not waive and hereby reserve all of their claims and defenses.

DATED this 2nd day May, 2018.

By *s/ Jaime Drozd Allen*
Stuart R. Dunwoody, WSBA # 13948
Jaime Drozd Allen, WSBA #35742
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Tel: (206) 622-3150  Fax: (206) 757-7700
Email: jaimeallen@dwt.com
Email: stuartdunwoody@dwt.com
*Attorneys for Defendant Double Down Interactive, LLC*

By: *s/ Bonnie Lau (per email authorization*
Bonnie Lau (*pro hac vice application forthcoming*)
Dentons US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
Tel: (415) 882-5083
bonnie.lau@dentons.com

Bill Gantz (*pro hac vice application forthcoming*)
Dentons US LLP
101 Federal Street, Suite 2750,
Boston, MA 02110-1873
Tel: (312) 876-2567
bill.gantz@dentons.com
*Attorneys for International Game Technology*

STIPULATION AND ORDER RE: BRIEFING SCHEDULE
(2:18-cv-00525-TSZ) - 2
4827-8847-0116v.6 0111414-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | |
| 2 | By: *s/ Todd Logan (per email authorization)* |
| | Benjamin H. Richman (*admitted pro hac vice*) |
| 3 | Eve-Lynn Rapp (*admitted pro hac vice*) |
| | Todd Logan (*admitted pro hac vice*) |
| 4 | EDELSON PC |
| | 350 North LaSalle Street, Suite 1400 |
| 5 | Chicago, Illinois 60654 |
| | Tel: 312.589.6370  Fax: 312.589.6378 |
| 6 | brichman@edelson.com |
| 7 | |
| | Rafey Balabanian (*admitted pro hac vice*) |
| 8 | EDELSON PC |
| | 123 Townsend Street, Suite 100 |
| 9 | San Francisco, California 94107 |
| | Tel: 415.212.9300  Fax: 415.373.9435 |
| 10 | rbalabanian@edelson.com |
| 11 | *Attorneys for Plaintiff* |

STIPULATION AND ORDER RE: BRIEFING SCHEDULE
(2:18-cv-00525-TSZ) - 3
4827-8847-0116v.6 0111414-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

### III. ORDER

IT IS SO ORDERED.

DATED this 7th day of May, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Double Down Interactive, LLC*

By *s/ Jaime Drozd Allen*
   Stuart R. Dunwoody, WSBA # 13948
   Jaime Drozd Allen, WSBA #35742
   Davis Wright Tremaine LLP
   1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
   Ph: (206) 622-3150  Fax: (206) 757-7700
   Email: jaimeallen@dwt.com
   Email: stuartdunwoody@dwt.com

STIPULATION AND ORDER RE: BRIEFING SCHEDULE
(2:18-cv-00525-TSZ) - 4
4827-8847-0116v.6 0111414-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax