THE HONORABLE RICHARD B. LEIGHTON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| ADRIENNE BENSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br><br>*Defendants*. | Case No. 2:18-cv-00525-RBL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER**<br><br>**NOTING DATE: JUNE 7, 2018** |

## **STIPULATED MOTION**

Pursuant to LCR 10(g), the undersigned parties, by and through their counsel, collectively make this stipulated motion to the Court to streamline briefing deadlines in each of their cases. The parties stipulate and agree as follows:

1. Pending before the Court are six putative class action cases against alleged proprietors of "social casino" internet games. The cases—hereafter the "Related Cases[1]"—in the

---

[1] Each Plaintiff in the Related Cases alleges claims under the Washington's Recovery of Money Lost at Gambling statute, RCW 4.24.070, under the Washington Consumer Protection Act, RCW 19.86.010, *et seq.*, and for unjust enrichment.

STIPULATED MOTION AND
[PROPOSED] ORDER
CASE NO. 2:18-cv-00525-RBL

- 1 -

Tousley Brain Stephens, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

chronological order they were filed, are:

    I.    *Wilson v. PTT, LLC*, No. 2:18-cv-05275 (W.D. Wash. Apr. 6, 2018);
    II.   *Wilson v. Huuuge, Inc.*, No. 2:18-cv-05276-RBL (W.D. Wash. Apr. 6, 2018);
    III.  *Wilson v. Playtika*, No. 2:18-cv-05277-RBL (W.D. Wash. Apr. 6, 2018);
    IV.  *Benson v. Double Down*, No. 2:18-cv-00525-RBL (W.D. Wash. Apr. 9, 2018);
    V.   *Fife v. Scientific Games,* No. 2:18-cv-00565-RBL (W.D. Wash. Apr. 17, 2018); and
    VI.  *Bell v. Game Show Network, LLC*, No. 3:18-cv-05393-RBL (W.D. Wash. May 16, 2018).

2. On May 18, 2018, the defendant in *Wilson v. PTT, LLC,* No. 2:18-cv-05275, filed a motion to dismiss arguing that the Court lacks personal jurisdiction over the case and that the plaintiff otherwise failed to state a clam. The defendant also filed a motion to stay the case on a variety of grounds.

3. Counsel for Plaintiffs in the six Related Cases met and conferred with counsel for Defendants in the Related Cases (collectively, the "Stipulating Parties") regarding their anticipated motion practice and the potential to reach a stipulated agreement regarding briefing in these cases.

4. Through those discussions, the Stipulating Parties agreed that the Related Cases are likely, at the pleadings stage, to raise a discrete set of the following four issues:

    I.    Whether the Court may exercise personal jurisdiction over particular Defendants;
    II.   Whether particular and individualized Terms of Use (or other similar documents) compel Plaintiffs to pursue their claims in arbitration or in some other forum;
    III.  Whether, depending on developments in the Ninth Circuit and other factors, the cases should be stayed; and
    IV.  Whether Plaintiffs have stated a claim for relief, and other defenses under Rule 12(b).

5. In an effort to conserve judicial resources, the Stipulating Parties stipulate and agree—subject to the Court's approval—to a common initial briefing schedule for Case Nos. 2:18-cv-05275-RBL, 2:18-cv-05276-RBL 2:18-cv-05277-RBL, 2:18-cv-00525-RBL, 2:18-cv-00565-RBL, and 3:18-cv-05393-RBL:[2]

---

[2] The proposed schedule would supersede all existing briefing schedules.

STIPULATED MOTION AND [PROPOSED] ORDER
CASE NO. 2:18-cv-00525-RBL

- 2 -

TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 ♦ Fax: 206.682.2992

I. All Defendants shall have until **July 2, 2018**, to file responsive motions.

II. Plaintiffs shall oppose Defendants' motions by topic. Plaintiffs may elect to respond to Defendants' motions in a single (potentially oversized) opposition brief, or respectively file separate opposition briefs in each of the Related Cases. Plaintiffs' oppositions shall be due according to the following schedule:

- **August 13, 2018**: Plaintiffs' opposition(s) to Defendants' motions to compel arbitration or other motions related to Terms of Use.

- **August 20, 2018**: Plaintiffs' opposition(s) to Defendants' motions to stay the matters as a whole depending on developments in the Ninth Circuit or other factors.[3]

- **August 27, 2018**: Plaintiffs' opposition(s) to Defendants' Rule 12(b)(6) motions.

- **September 03, 2018:** Plaintiffs' opposition(s) to Defendants' other Rule 12(b) motions.[4]

III. All Defendants' individual replies shall be due by September 24, 2018, which shall be the noting date for all the motions. Defendants, in their discretion, may elect to reply to Plaintiffs' responses in a single (potentially oversized) brief.

IV. Oral arguments, to the extent deemed appropriate by the Court, shall be on one or more days convenient to the Court.

//

//

//

//

//

//

//

---

[3] To the extent necessary and outside of this stipulation, Defendants will individually address their potential separate motions to stay discovery during the Court's consideration of the motions subject to this stipulation.

[4] The proposed deadline for Plaintiffs' opposition to Defendants' other Rule 12(b) motions occurs last to allow sufficient time for any jurisdictional discovery disputes to be raised and resolved prior to the date to respond to Defendants' 12(b) motions. The parties disagree on the need and nature of jurisdictional discovery.

STIPULATED MOTION AND
[PROPOSED] ORDER
CASE NO. 2:18-cv-00525-RBL

- 3 -

TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1 | Dated: June 7, 2018

2 | **TOUSLEY BRAIN STEPHENS, PLLC**          **EDELSON PC**

4 | *s/ Janissa A. Strabuk*                                         *s/ Todd Logan*
  | Janissa A. Strabuk, WSBA #21827              Todd Logan (*pro hac vice*)
5 | 1700 Seventh Avenue, Suite 2200              Rafey S. Balabanian (*pro hac vice*)
  | Seattle, Washington 98101-4416                 Eve-Lynn J. Rapp (*pro hac vice*)
6 | Tel: 206.682.5600                                              123 Townsend Street, Suite 100
7 | Fax: 206.682.2992                                            San Francisco, CA 94110
  | Email: jstrabuk@tousley.com                     Tel: 415.212.9300
8 |                                                                          Fax: 415.373.9435
  | *Attorney for all Plaintiffs*                            Email: tlogan@edelson.com
9 |                                                                          Email: rbalabanian@edelson.com
  |                                                                          Email: erapp@edelson.com

11 |                                                                         *Attorney for all Plaintiffs*

12 | **BYRNES KELLER CRONWELL LLP**         **PERKINS COIE LLP**

14 | *s/ John A. Tondini*                                        *s/ Kathleen M. O'Sullivan*
15 | John A. Tondini, WSBA #19092                   Kathleen M. O'Sullivan, WSBA #27850
  | 1000 Second Avenue, 38th Floor                  Nicola C. Menaldo, WSBA #44459
16 | Seattle, Washington 98104                           David T. Martin, WSBA #50160
  | Phone: (206) 622-2000                                 1201 Third Avenue, Suite 4900
17 | Fax:     (206) 622-2522                                Seattle, WA 98101-3099
  | Email: jtondini@byrneskeller.com             Telephone: 206.359.8000
18 |                                                                          Facsimile: 206.359.9000
  |                                                                          Email: KOSullivan@perkinscoie.com
19 |                                                                          Email: NMenaldo@perkinscoie.com
  | MAYER BROWN LLP                                    Email: DMartin@perkinscoie.com
20 | John Nadolenco, CA # 181128 (*pro hac vice*)
  | 350 South Grand Avenue, 25th floor          *Attorneys for Defendant*
21 | Los Angeles CA, 90071                               *Scientific Games Corporation*
  | Phone: (213) 229-5173
22 | Email: jnadolenco@mayerbrown.com

23 | *Attorneys for Defendant Caesars Interactive*
24 | *Entertainment, LLC*

STIPULATED MOTION AND
[PROPOSED] ORDER                          - 4 -
CASE NO. 2:18-cv-00525-RBL

TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

| | | |
|---|---|---|
| 1 | **DAVIS WRIGHT TREMAINE LLP** | **DENTONS US LLP** |
| 2 | By: *s/ Jaime Drozd Allen*<br>Stuart R. Dunwoody, WSBA # 13948 | By: *s/  Bonnie Lau*<br>Bonnie Lau (*pro hac vice*) |
| 3 | Jaime Drozd Allen, WSBA #35742<br>Cyrus E. Ansari, WSBA #52966 | One Market Plaza<br>Spear Tower, 24th Floor |
| 4 | 1201 Third Avenue, Suite 2200<br>Seattle, Washington  98101-3045 | San Francisco, CA  94105<br>Tel. (415) 267-4000 |
| 5 | Tel: (206) 622-3150  Fax: (206) 757-7700<br>Email: jaimeallen@dwt.com | Fax (415) 267-4198<br>Email:  bonnie.lau@dentons.com |
| 6 | Email: stuartdunwoody@dwt.com<br>Email: cyrusansari@dwt.com | |
| 7 | | William M. Gantz (*pro hac vice*)<br>101 Federal Street |
| 8 | ***Attorneys for Defendant Double Down Interactive, LLC*** | Suite 2750<br>Boston, MA  02110 |
| 9 | | Tel. (312) 876-2567<br>Email:  bill.gantz@dentons.com |
| 10 | | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| 11 | | |
| 12 | | By: *s/ Adam T. Pankratz*<br>Adam T. Pankratz, WSBA #50951 |
| 13 | | 800 5th Avenue, Suite 1400<br>Seattle, WA 98104 |
| 14 | | Tel: (206)693-7057<br>Email: adam.pankratz@ogletree.com |
| 15 | | |
| 16 | | ***Attorneys for International Game Technology*** |
| 17 | | **DAVIS WRIGHT TREMAINE LLP** |
| 18 | | By:  *s/ Jaime Drozd Allen* |
| 19 | | Stuart R. Dunwoody, WSBA # 13948<br>Jaime Drozd Allen, WSBA #35742 |
| 20 | | Cyrus E. Ansari, WSBA #52966<br>1201 Third Avenue, Suite 2200 |
| 21 | | Seattle, Washington  98101-3045<br>Tel: (206) 622-3150  Fax: (206) 757-7700 |
| 22 | | Email: jaimeallen@dwt.com<br>Email:  stuartdunwoody@dwt.com |
| 23 | | Email:  cyrusansari@dwt.com |
| 24 | | ***Attorneys for Defendant Huuuge, Inc.*** |
| 25 | | |
| 26 | | |
| 27 | | |

STIPULATED MOTION AND [PROPOSED] ORDER
CASE NO. 2:18-cv-00525-RBL
- 5 -
TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

| | |
|---|---|
| 1 | **CALFO EAKES & OSTROVSKY PLLC** |
| 2 | By: */s Angelo J. Calfo*<br>Angelo J. Calfo, WSBA#27079 |
| 3 | Emily Powell, WSBA #49351<br>1301 Second Avenue, Suite 2800 |
| 4 | Seattle, WA 98101<br>Phone: (206) 407-2200 |
| 5 | Fax: (206) 407-2224 |
| 6 | Email: angeloc@calfoeakes.com<br>Email: emilyp@calfoeakes.com |
| 7 | |
| 8 | **PAUL HASTINGS LLP**<br>Behnam Dayanim (*pro hac vice*) |
| 9 | C. Reade Jacob (*pro hac vice*)<br>Edward George (*pro hac vice*) |
| 10 | 875 15th Street NW<br>Washington, DC 20005 |
| 11 | Phone: (202) 551-1737 |
| 12 | Email: bdayanim@paulhastings.com<br>Email: readejacob@paulhastings.com |
| 13 | Email: edwardgeorge@paulhastings.com |
| 14 | |
| 15 | ***Attorneys for Defendants Playtika Ltd and Playtika Holding Corp.*** |

STIPULATED MOTION AND
[PROPOSED] ORDER
CASE NO. 2:18-cv-00525-RBL

- 6 -

TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1 | **KIPLING LAW GROUP PLLC**

2 | By: *s/ Michael E. Kipling*
3 | Michael E. Kipling, WSBA #7677

4 | By: *s/ Marjorie A. Walter*
 | Marjorie A. Walter, WSBA #40078
5

6 | By: *s/ Timothy M. Moran*
 | Timothy M. Moran, WSBA #24925
7 | 4464 Fremont Avenue N., Suite 300
 | Seattle, WA 98103
8 | Phone: (206) 545-0345
 | Email: kipling@kiplinglawgroup.com
9 | Email: walter@kiplinglawgroup.com
 | Email: moran@kiplinglawgroup.com
10

11
 | **GIBSON DUNN & CRUTCHER LLP**
12 | 333 S. Grand Avenue
 | Los Angeles, CA 90071
13 | Phone: (213) 229-7000
 | James P. Fogelman (*pro hac vice pending*)
14 | Theane Evangelis (*pro hac vice pending*)
 | Timothy W. Loose (*pro hac vice pending*)
15 | Email: jfogelman@gibsondunn.com
 | Email: tevangelis@gibsondunn.com
16 | Email: tloose@gibsondunn.com
17
 | *Counsel for Defendant Game Show*
18 | *Network, LLC*

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND
[PROPOSED] ORDER — - 7 -
CASE NO. 2:18-cv-00525-RBL

TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

**[PROPOSED] ORDER**

It is so ordered. The Court approves the individual briefing schedule proposed above in the following six cases:

(1) *Wilson v. PTT*, No. 2:18-cv-05275 (W.D. Wash. Apr. 6, 2018).
(2) *Wilson v. Huuuge*, No. 2:18-cv-05276-RBL (W.D. Wash. Apr. 6, 2018).
(3) *Wilson v. Playtika*, No. 2:18-cv-05277-RBL (W.D. Wash. Apr. 6, 2018).
(4) *Benson v. Double Down*, No. 2:18-cv-00525-RBL (W.D. Wash. Apr. 9, 2018).
(5) *Fife v. Scientific Games,* No. 2:18-cv-00565-RBL (W.D. Wash. Apr. 17, 2018).
(6) *Bell v. Game Show Network, LLC*, No. 3:18-cv-05393-RBL (W.D. Wash. May 16, 2018).

DATED this _____ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
[PROPOSED] ORDER — - 8 -
CASE NO. 2:18-cv-00525-RBL

TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992