FILED

JAN 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADRIENNE BENSON; MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company; INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br><br>Defendants-Appellants. | No.   18-36015<br><br>D.C. No. 2:18-cv-00525-RBL<br>Western District of Washington, Seattle<br><br>ORDER |

Before: GOULD and NGUYEN, Circuit Judges, and R. COLLINS,[*] District Judge.

In light of this court's decision in *Wilson v. Huuuge, Inc.*, 944 F.3d 1212 (9th Cir. 2019), this case is no longer held in abeyance, and we resubmit this appeal for decision.

---

[*]   The Honorable Raner C. Collins, United States District Judge for the District of Arizona, sitting by designation.