UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ADRIENNE BENSON; MARY SIMONSON, individually and on behalf of all others similarly situated,

          Plaintiffs-Appellees,

v.

DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company; INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,

          Defendants-Appellants.

No. 18-36015

D.C. No. 2:18-cv-00525-RBL
Western District of Washington, Seattle

ORDER

Before: GOULD and NGUYEN, Circuit Judges, and R. COLLINS,[*] District Judge.

The court is of the unanimous opinion that the facts and legal argument are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument. Therefore, this matter is ordered submitted on the briefs and record without oral argument. Fed. R. App. P. 34(a)(2)(C).

---

[*] The Honorable Raner C. Collins, United States District Judge for the District of Arizona, sitting by designation.