UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br><br>   Defendants - Appellants. | No. 18-36015<br><br>D.C. No. 2:18-cv-00525-RBL<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered January 29, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7