The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-00525-RBL<br><br>**DECLARATION OF TODD LOGAN** |

DECLARATION OF
TODD LOGAN - i

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

1. I am an attorney at Edelson PC. I am entering this declaration in support of Plaintiffs' Motion to Compel Re: Request for Production No. 4.

2. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

3. Attached hereto as Exhibit 1 is a true and accurate copy of Plaintiffs' First Set of Requests for Production to DoubleDown Interactive, LLC.

4. Virtual chip transaction data was produced in *Fife v. Scientific Games Corp.*, No. 18-cv-00565-RBL (W.D. Wash.) and *Wilson v. Playtika Ltd. et al.*, No. 18-cv-05277-RBL (W.D. Wash.) without any motion practice by the defendants in those matters or by Apple Inc., Google LLC, and Facebook, Inc. (the "Platforms").

5. On June 9, 2020, my colleague Brandt Silver-Korn offered via email to withdraw the subpoenas issued to the Platforms, which are accessible at Dkt. 102-1, if DoubleDown agreed to complete document production responsive to Plaintiffs' Request for Production No. 4 by July 15, 2020. On June 12, 2020, DoubleDown, through its counsel Jaime Drozd Allen, rejected Plaintiffs' offer via email.

6. Attached hereto as Exhibit 2 is a true and accurate copy of Defendant DoubleDown Interactive, LLC's Objections and Responses to Plaintiffs' First Set of Requests for Production.

7. On July 14, 2020, I sent an email to counsel for DoubleDown, Jaime Drozd Allen, offering to narrow the scope of Request for Production No. 4 to exclusively encompass the app DoubleDown Casino, if DoubleDown agreed to produce all responsive transactional data for the putative class by July 31, 2020.

8. On July 15, 2020, I met and conferred telephonically, and in good faith, with counsel for DoubleDown. The purpose of the call was to attempt to resolve the Parties' dispute over Plaintiffs' Request for Production No. 4 without court action. The other conference

DECLARATION OF
TODD LOGAN - 1

participants were Brandt Silver-Korn, Cecily Shiel, Jaime Drozd Allen, Cyrus Ansari, and Benjamin Robbins.

9. During the July 15, 2020 call, counsel for DoubleDown, Jaime Drozd Allen, stated that DoubleDown objected to Request for Production No. 4 because transactional data for the putative class was not relevant or proportional at this stage of the case. Ms. Allen agreed that the Parties' dispute over RFP No. 4 would require the Court's intervention.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed on this 16th day of July, 2020 at San Francisco, California.

/s/ Todd Logan

DECLARATION OF
TODD LOGAN - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992