UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON, *et al.*,<br><br>  Plaintiffs,<br><br> v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, *et al.*,<br><br>  Defendants. | NO. C18-0525RSL<br><br>ORDER REGARDING PLAINTIFFS' MOTION TO SEAL (DKT. # 139) |

This matter comes before the Court on plaintiffs' motion to seal numerical figures that reflect defendant Double Down Interactive, LLC's revenue from chip purchases in the past year. Dkt. # 139. The figures are derivative summaries of customer chip purchase histories designated by Double Down as "Attorneys' Eyes Only" pursuant to the parties' Stipulated Protective Order. Double Down argues that the underlying sales/purchase data is confidential commercial information regarding the prices at which Double Down sells virtual chip packages, and that the disclosure of the information would cause it competitive harm and invade its customers' privacy. Double Down further asserts that the yearly revenue figure calculated from the sales/purchase data should also be kept under seal because it is a derivative summary. Dkt. # 146 at 1. Having reviewed the memoranda and declarations submitted by the parties, the Court finds as follows:

ORDER REGARDING PLAINTIFFS'
MOTION TO SEAL (DKT. # 139) - 1

A redacted version of plaintiffs' opposition memorandum had been filed for public viewing at Dkt. # 142. The unredacted version, Dkt. # 141, will remain under seal because the redactions are fairly minimal. The Court notes, however, that Double Down has not shown that disclosure of its annual revenues would compromise its ability to compete or reveal private customer information. If a full and fair consideration of the issues raised in the defendants' motion to strike the nationwide class allegations requires disclosure of the redacted information, the Court will not be constrained by defendant's unilateral confidentiality designations.

For all of the foregoing reasons, plaintiffs' motion to seal is GRANTED and Dkt. # 141 will remain under seal.

Dated this 7th day of October, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER REGARDING PLAINTIFFS'
MOTION TO SEAL (DKT. # 139) - 2