UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON, *et al.*, | Case No. C18-0525RSL |
| Plaintiffs, | ORDER |
| v. | |
| DOUBLE DOWN INTERACTIVE, LLC, *et al.*, | |
| Defendants. | |

On August 11, 2020, the Honorable Ronald B. Leighton, former United States District Judge, denied defendants' motion to certify questions to the Washington Supreme Court. Defendants timely filed a motion for reconsideration. The Clerk of Court is directed to renote defendants' motion for reconsideration (Dkt. # 133) on the Court's calendar for Friday, December 11, 2020. Plaintiff may file a response by 5:00 pm on Tuesday, December 8, 2020. Defendant's reply, if any, is due on or before the note date.

Dated this 23rd day of November, 2020.

Robert S. Lasnik
United States District Judge

ORDER - 1