# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-00525-RSL<br><br>**LCR 7(F) MOTION TO FILE OVER-LENGTH (COMBINED) CLASS CERTIFICATION AND PRELIMINARY INJUNCTION MOTION** |

Plaintiffs are preparing to file a combined class certification and preliminary injunction motion. The forthcoming motion—much like the motion filed by plaintiff in *Wilson v. PTT*, No. 18-cv-5275-RSL, Dkt. 142 (W.D. Wash. Jun. 26, 2020)—addresses a variety of factual and legal issues relevant to the relief sought. Plaintiffs believe an appropriate motion will require an additional *eight* pages on top of the twenty-four pages allotted by LCR 7(e)(3). Particularly given that Plaintiffs' forthcoming motion combines two separate motions that would otherwise each be

1  allotted twenty-four pages under LCR 7(e)(3), Plaintiffs submit that their request is reasonable
2  under the specific circumstances of this case.
3      Consequently, Plaintiffs respectfully request that the Court enter the attached [Proposed]
4  Order, permitting Plaintiffs' forthcoming combined class certification and injunction motion to
5  span up to thirty-two pages.

7  Dated: February 17, 2021        Respectfully submitted,

9                   **ADRIENNE BENSON** and **MARY SIMONSON**
                   individually and on behalf of all others similarly
10                  situated,

11                  Respectfully submitted,

13                  By: /s/ Todd Logan

14                  Rafey S. Balabanian*
                   rbalabanian@edelson.com
15                  Todd Logan*
                   tlogan@edelson.com
16                  Brandt Silver-Korn*
                   bsilverkorn@edelson.com
17                  Edelson PC
                   123 Townsend Street, Suite 100
18                  San Francisco, California 94107
19                  Tel: 415.212.9300/Fax: 415.373.9435

20                  By: /s/ Alexander G. Tievsky

21
                   Jay Edelson*
22                  jedelson@edelson.com
                   Alexander G. Tievsky, WSBA #57125
23                  atievsky@edelson.com
                   Edelson PC
24                  350 N LaSalle Street, 14th Floor
                   Chicago, IL 60654
25                  Tel: 312.589.6370 / Fax: 312.589.6378

| | |
|---|---|
| 1 | By: /s/ Cecily C. Shiel |
| 2 | TOUSLEY BRAIN STEPHENS PLLC<br>Cecily C. Shiel, WSBA #50061 |
| 3 | cshiel@tousley.com<br>1700 Seventh Avenue, Suite 2200 |
| 4 | Seattle, Washington 98101-4416<br>Tel: 206.682.5600 |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# ORDER

Plaintiffs' motion is **GRANTED.** The combined class certification and preliminary injunction may be up to thirty-two pages.

**IT IS SO ORDERED.**

Dated this 18th day of February, 2021.

*MRS Lasnik*
Robert S. Lasnik
United States District Judge

MOTION FOR OVER-LENGTH MOTION - 1
CASE NO. 18-CV-525-RSL

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378