**DECLARATION OF STEPHANIE HAWKINS**

I, Stephanie Hawkins, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I first began playing DoubleDown Casino around 2012 or 2013.

2. I started playing because I think I saw the ad on tv. It was like real Vegas slot machines and it just sucked me in.

3. I now play for about 8 hours depending on if they let me win or not. If they let me win, I could literally be on it for hours. I've been on it all day long, into the night. If I have chips, I play at least 8 hours, probably even more. If they don't let me hit, and they rarely let you hit, of course I put more money on.

4. Overall, I estimate that I've lost well over $15,000 in DoubleDown Casino. Likely $20,000 - $25,000 or more. I hate it. I know it's a lot of money, but it's a horrible cycle that I couldn't break. If you went to my purchase history, you'd see how much money. It's appalling.

5. I am beyond addicted to DoubleDown Casino. It's the gambling; spinning the wheels and hitting. If they allow you to hit, you almost get more addicted. I can count how many times they really let me have the chips I've purchased for more than 2 days. I put $100 on it like it's nothing, but it's not nothing to us – we work hard. And I'll be looking to my husband for more.

6. My addiction to DoubleDown Casino has taken money off my table for food. It has negatively impacted my marriage due to financial hardship. We have bills and go week to week because of this addiction. The addiction part of me wants to play; so I play. I don't think about the food. When I'm on it, I don't even listen to my husband.

7. I believe DoubleDown Casino is rigged. Specifically, I believe the results of each spin are not truly random because you only hit when they want you to hit. Other times, they just want your money and it's sickening. I've actually looked at reviews to see if they've done it to anybody else, and those reviews! It's not just happening to me. I get mad for a minute, then my

DECLARATION

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1  thought process becomes "They took that money, but next time I put money on, they're going to
2  let me hit." It's like you're chasing money that's not there.
3      I declare under penalty of perjury that the above and foregoing is true and correct.

5  Executed on this 8th day of September at Rochester, NY.

7  /s/ *Stephanie Hawkins*

DECLARATION

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992