# DECLARATION OF JAMEL HOLLIS

I, Jamel Hollis, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I first began playing DoubleDown Casino in 2015.

2. I started playing because I saw it advertised in the App store on my iPhone and I was looking for something to do to keep me busy.

3. I now play a few hours a day, seven days a week.

4. Overall, I estimate that I've lost at least $10,000 in DoubleDown Casino. I started off playing for free, but I quickly realized that it's very hard to win without buying chips. I purchase them frequently now.

5. I am addicted to DoubleDown Casino. The thought of possibly winning something keeps me playing. I have deleted the app from my phone multiple times and somehow, I always come back to it.

6. My addiction to DoubleDown Casino has caused me financial stress. Sometimes I will spend money that I don't have, and it will put me behind on bills. I have overdrawn my account before. Sometimes I will sneak into another room and play because I am so addicted to it and I don't want to be seen playing.

7. I believe DoubleDown Casino is rigged. Specifically, I believe it is rigged to make you spend more money. I have never kept chips for a long period of time. I have noticed that if you play a lower about of chips it's really hard to accumulate chips. In order to place higher bets and eventually accumulate more chips, you have to spend money on the chip packages.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed on this 8th day of September at New Rochelle, New York

/s

DECLARATION OF JAMEL HOLLIS

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992