UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADRIENNE BENSON, *et al.*,

    Plaintiffs,

v.

DOUBLEDOWN INTERACTIVE, LLC,

    Defendants.

Cause No. C18-0525RSL

ORDER DENYING MOTION FOR RELIEF FROM DEADLINE

This matter comes before the Court on plaintiffs' "LCR 7(d)(2)(A) Motion for Relief from a Deadline." Dkt. # 161. On February 18, 2021, defendants filed a motion for protective order and to compel discovery responses, arguing that plaintiffs should not be permitted to seek class certification until they had completed their document production and provided a reasonable amount of time for the parties to schedule and take plaintiffs' depositions. Later that same day, plaintiffs filed this motion, seeking a fourteen day extension of the response deadline so that their counsel could focus their attention and energies on drafting the class certification motion.

Plaintiffs do not assert that there was a looming deadline by which they had to file their motion for class certification. To the contrary, the parties previously agreed to an open-ended schedule in this case, providing defendants a "reasonable opportunity" to pursue discovery, after which plaintiffs would file their class certification motion. Dkt. # 135. Thus, the choice to

ORDER DENYING MOTION
FOR RELIEF FROM DEADLINE - 1

prioritize their own not-yet-filed motion over defendants' was simply that: a choice. Plaintiffs have not shown good cause for the requested extension. Fed. R. Civ. P. 6(b)(1). The motion (Dkt. # 161) is therefore DENIED.

Dated this 26th day of February, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RELIEF FROM DEADLINE - 2