UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADRIENNE BENSON, *et al.*,

        Plaintiffs,

    v.

DOUBLE DOWN INTERACTIVE, LLC,

        Defendants.

Cause No. C18-0525RSL

ORDER RENOTING DKT. # 165

    There are currently four motions pending in this case, and defendants have contacted Chambers in the hopes of scheduling a telephonic hearing under LCR 7(i). Having quickly reviewed the various memoranda submitted by the parties, including plaintiffs' response to defendants' argument that plaintiffs should not be permitted to seek class certification until they complete their document production and provide a reasonable amount of time for the parties to schedule and take plaintiffs' depositions, it is hereby ORDERED that:

    Plaintiffs' motion for class certification and preliminary injunction (Dkt. # 165) is hereby renoted to April 9, 2021, while the Court resolves defendants' motion to strike the nationwide class allegations (Dkt. # 128), defendants' motion to dismiss or abstain (Dkt. # 138), and defendants' motion for protective order and to compel discovery responses (Dkt. # 159). The request for a telephonic motion is denied.

ORDER RENOTING DKT. # 165 - 1

If defendants consider the depositions of the named plaintiffs necessary to their ability to respond to the class certification and injunction motion, they shall immediately notify plaintiffs, and the parties shall cooperate to schedule and conduct the depositions by March 24, 2021, so that defendants have the desired information prior to the new response deadline.

Dated this 5th day of March, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge