# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-00525-RSL<br><br>**UNOPPOSED MOTION TO STRIKE AND REPLACE** |

In an effort to narrow the Parties' disputes over Plaintiffs' motion for class certification and a preliminary injunction, Dkt. 165, Plaintiffs have agreed to file this motion seeking to strike sixteen documents from the record and to replace fifteen of those documents with narrowed versions. The motion is unopposed.[1]

---

[1] Defendants specifically state that they "do not oppose the relief sought by this motion, but do not necessarily agree with Plaintiffs' descriptions of the issues or of the Parties' positions regarding the issues. Defendants reserve all arguments and evidentiary objections to the Exhibits as redacted."

*First*, in order to resolve a dispute over the admissibility of a letter Professor Natasha Dow Schüll sent to the Washington State Gambling Commission in August 2018, *see* Dkt. 166-6, Plaintiffs have agreed to request that the letter—and the lone reference to it in Plaintiffs' Motion, *see* Dkt. 165 at 23:26-24:2—be stricken from the record.

*Second*, in order to resolve or at least narrow a dispute over whether Plaintiffs' class certification and preliminary injunction motion introduces a new theory—specifically, that the results of spins in DoubleDown games are not randomized (*i.e.*, that the games are "rigged")—Plaintiffs have agreed to strike fifteen class member declarations from the record and replace them with partially-redacted versions that do not include any statements to that effect.[2] The partially-redacted versions are attached hereto as Exhibit 1-15.

Plaintiffs respectfully request that the Court grant this unopposed motion.

Dated: March 5, 2021

Respectfully submitted,

**ADRIENNE BENSON** and **MARY SIMONSON**
individually and on behalf of all others similarly situated,

By: /s/ Todd Logan

Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300 / Fax: 415.373.9435

---

[2] For the avoidance of doubt, Plaintiffs' class certification and preliminary injunction motion does not argue that the results of any particular slot machine "spin" within the DoubleDown games are not randomized. Further, Plaintiffs agree that Professor Natasha Dow Schüll was not offered as either an expert or percipient witness.

|   |   |
|---|---|
| 1 | By: /s/ Alexander G. Tievsky |
| 2 | Jay Edelson* |
|   | jedelson@edelson.com |
| 3 | Alexander G. Tievsky, WSBA #57125 |
|   | atievsky@edelson.com |
| 4 | Amy B. Hausmann* |
|   | abhausmann@edelson.com |
| 5 | EDELSON PC |
|   | 350 N LaSalle Street, 14th Floor |
| 6 | Chicago, IL 60654 |
| 7 | Tel: 312.589.6370 / Fax: 312.589.6378 |

By: /s/ Alexander G. Tievsky

Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378

By: /s/ Cecily C. Shiel
Cecily C. Shiel, WSBA #50061
cshiel@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600

*Admitted *pro hac vice*

## ORDER

Plaintiffs' unopposed motion is **GRANTED.**

Dkt. # 166-6 is stricken from the record. Line 26 of page 23 through line 2 of page 24 of Dkt. # 165 is also stricken from the record.

Dkts. # 169-172, 174, 176-182, and 184-186 are stricken and replaced with Exhibits 1-15 to Plaintiffs' Unopposed Motion to Strike and Replace, Dkt. # 201.

Dated this 8th day of March, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE