The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation.<br><br>*Defendants*. | Case No. 18-cv-00525-RSL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO PLAINTIFFS' RFP NO. 14** |

[Proposed] Order Granting Pls'
Motion to Compel
Case No. 18-cv-525 - i

Edelson PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

**[PROPOSED] ORDER**

Plaintiffs' motion is **GRANTED.** DoubleDown is ORDERED to complete production of documents responsive to RFP No. 14 within seven (7) days of this Order.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLS'
MOTION TO COMPEL
CASE NO. 18-CV-525 - 1

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378