1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

ADRIENNE BENSON and MARY
SIMONSON, individually and on behalf of all
others similarly situated,

                    *Plaintiffs*,

*v.*

DOUBLEDOWN INTERACTIVE, LLC, a
Washington limited liability company, and
INTERNATIONAL GAME TECHNOLOGY,
a Nevada corporation,

                    *Defendants*

Case No. 18-cv-00525-RSL

**STIPULATED MOTION AND
ORDER RE BRIEFING SCHEDULE
ON PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION AND
PRELIMINARY INJUNCTION**

On March 10, 2021, the Court noted that "Under the current briefing schedule, the parties have almost a month in which to conduct eight remote depositions: if the parties agree that more time is necessary, they may file a stipulation to renote the motion for class certification." Dkt. 206 at 3. The Parties have now completed remote depositions of Ms. Benson and Ms. Simonson, and have scheduled the six remaining remote depositions to occur between March 29 and April 2, 2021. Accordingly, the parties have agreed that more time is necessary and stipulate to renote the motion, subject to Court approval. The parties therefore stipulated to the following briefing

STIPULATION AND ORDER -
CASE NO. 18-CV-525-RSL

1

**Edelson PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

schedule on Plaintiffs' motion for class certification and preliminary injunction, Dkt. 164:

      o  **Defendants' opposition deadline:** April 14, 2021

      o  **Plaintiffs' reply deadline and date for renote**: April 26, 2021

      Consequently, the Parties respectfully request that the Court grant this stipulated motion and enter the attached Order.

Dated: March 28, 2021

Respectfully submitted,

Attorneys for Plaintiffs
**ADRIENNE BENSON** and **MARY SIMONSON**
individually and on behalf of all others similarly
situated,

By:  /s/ Todd Logan
     Rafey S. Balabanian*
     rbalabanian@edelson.com
     Todd Logan*
     tlogan@edelson.com
     Brandt Silver-Korn*
     bsilverkorn@edelson.com
     Edelson PC
     123 Townsend Street, Suite 100
     San Francisco, California 94107
     Tel: 415.212.9300/Fax: 415.373.9435

By:  /s/ Alexander G. Tievsky
     Jay Edelson*
     jedelson@edelson.com
     Alexander G. Tievsky, WSBA #57125
     atievsky@edelson.com
     Amy B. Hausmann
     abhausmann@edelson.com
     Edelson PC
     350 N LaSalle Street, 14th Floor
     Chicago, IL 60654
     Tel: 312.589.6370 / Fax: 312.589.6378

By:  /s/ Cecily C. Shiel
     TOUSLEY BRAIN STEPHENS PLLC
     Cecily C. Shiel, WSBA #50061
     cshiel@tousley.com
     1700 Seventh Avenue, Suite 2200
     Seattle, Washington 98101-4416
     Tel: 206.682.5600

     *Admitted *pro hac vice*

Dated: March 28, 2021                    Respectfully submitted,

                                         Attorneys for Defendant
                                         International Game Technology

                                         By: /s/ William M. Gantz

                                          DUANE MORRIS LLP

                                             William M. Gantz, Admitted Pro Hac Vice
                                             100 High Street, Suite 2400
                                             Boston, MA 02110-1724
                                             Telephone:      857.488.420
                                             Facsimile:      857.488.4201
                                             Email: bgantz@duanemorris.com

                                             Dana B. Klinges, Admitted Pro Hac Vice
                                             30 South 17th Street
                                             Philadelphia, PA 19103-4196
                                             Telephone:      215.979.1000
                                             Facsimile:      215.979.1020
                                             Email: dklinges@duanemorris.com

                                             Lauren M. Case, WSBA No. 49558
                                             Spear Tower
                                             One Market Plaza, Suite 2200
                                             San Francisco, CA 94105-1127
                                             Telephone:      415.957.3000
                                             Facsimile:      415.957.3001
                                             Email: lmcase@duanemorris.com


                                         By: /s/ Adam T. Pankratz

                                             OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.

                                             Adam T. Pankratz, WSBA No. 50951
                                             1201 Third Avenue, Suite 5150
                                             Seattle, WA 98101
                                             Telephone: 206-693-7057
                                             E-mail: adam.pankratz@ogletree.com

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370  •  Fax: 312.589.6378

| | |
|---|---|
| 1 | Dated: March 28, 2021 |

Respectfully submitted,

Attorneys for Double Down Interactive, LLC

By: /s/ Jaime Drozd Allen

DAVIS WRIGHT TREMAINE LLP

Jaime Drozd Allen, WSBA #35742
Stuart R. Dunwoody, WSBA #13948
Cyrus E. Ansari, WSBA #52966
Benjamin J. Robbins, WSBA # 53376
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-757-8039
Fax: 206-757-7039
E-mail: jaimeallen@dwt.com
E-mail: stuartdunwoody@dwt.com
E-mail: cyrusansari@dwt.com
E-mail: benrobbins@dwt.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## <u>ORDER</u>

The Parties' stipulated motion is **GRANTED.** Defendants' deadline to oppose Plaintiffs' class certification and preliminary injunction motion, Dkt. 164, is April 14, 2021. Plaintiffs' reply deadline, and the noting date for the motion, is April 26, 2021.

**IT IS SO ORDERED.**

Dated this 29th day of March, 2021.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE