The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON AND MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, et al.,<br><br>Defendants. | No. 2:18-cv-00525-RSL<br><br>**AMENDED STIPULATED MOTION AND ORDER RE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION**<br><br>**NOTING DATE:** April 9, 2021 |

STIPULATION AND ORDER (2:18-cv-00525-RSL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

On March 10, 2021, the Court noted that "if the parties agree that more time is necessary, they may file a stipulation to renote the motion for class certification." Dkt. 206 at 3. On April 1, 2021, the wife of one of the lead attorneys for Defendant Double Down Interactive, LLC ("Double Down") went into premature labor, and that attorney will now be out of the office unexpectedly for several weeks. Double Down promptly requested that Plaintiffs agree to a modest extension to accommodate the circumstances, and Plaintiffs agreed. Consequently, the Parties have agreed—subject to Court approval—to the following stipulated briefing schedule on Plaintiffs' motion for class certification and preliminary injunction, Dkt. 164:

- o **Defendants' opposition deadline:** April 28, 2021
- o **Plaintiffs' reply deadline and date for renote**: May 10, 2021

In addition, because an extension of the briefing schedule, alone, would complicate the Parties' efforts to complete fact discovery prior to the July 6 deadline, the Parties respectfully request that the Court extend the existing deadlines noted as set forth in its Order Setting Trial Date and Related Dates, Dkt. 208, by approximately two weeks:

|  | **Current Date** | **Proposed New Date** |
| --- | --- | --- |
| **TRIAL DATE** | November 1, 2021 | (no change) November 1, 2021 |
| Deadline for joining additional parties | April 5, 2021 | April 19, 2021 |
| Deadline for amending pleadings | May 5, 2021 | May 19, 2021 |
| Reports from expert witnesses under FRCP 26(a)(2) due | May 5, 2021 | May 19, 2021 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) |  |  |
| Discovery completed by | July 6, 2021 | July 20, 2021 |
| Settlement conference held no later than | July 18, 2021 | August 2, 2021 |
| All dispositive motions must be filed and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | August 3, 2021 | August 17, 2021 |

STIPULATION AND ORDER (2:18-cv-00525-RSL) - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | October 4, 2021 | (no change) October 4, 2021 |
| Agreed pretrial order due | October 20, 2021 | (no change) October 20, 2021 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | October 27, 2021 | (no change) October 27, 2021 |
| Length of Trial: 5-10 days | Jury | Jury |

Defendants state that in addition to this stipulation, they reserve their rights to seek extension or relief from the existing schedule on other grounds.

For the reasons stated above, the Parties respectfully request that the Court grant this stipulated motion and enter the attached [Proposed] Order.

DATED this 9th day of April, 2021.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

Attorneys for Double Down Interactive, LLC

By *s/ Jaime Drozd Allen*
  Jaime Drozd Allen, WSBA #35742
  Stuart R. Dunwoody, WSBA #13948
  Cyrus E. Ansari, WSBA #52966
  Benjamin J. Robbins, WSBA # 53376
  920 Fifth Avenue, Suite 3300
  Seattle, WA 98104
  Telephone: 206-757-8039
  Fax: 206-757-7039
  E-mail: jaimeallen@dwt.com
  E-mail: stuartdunwoody@dwt.com
  E-mail: cyrusansari@dwt.com
  E-mail: benrobbins@dwt.com

DUANE MORRIS LLP

Attorneys for International Game Technology

By *s/ William Gantz*
William Gantz (admitted *pro hac vice*)
Dana B. Klinges (admitted *pro hac vice*)
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: 857-488-4234
E-mail: BGantz@duanemorris.com
E-mail: DKlinges@duanemorris.com


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Adam T. Pankratz*
Adam T. Pankratz, WSBA #50951
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206-693-7057
E-mail: adam.pankratz@ogletree.com


EDELSON PC

By: *s/ Todd Logan*
Rafey S. Balabanian*
Todd Logan*
Brandt Silver-Korn*
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415-212-9300
Fax: 415-373-9435
Email: rbalabanian@edelson.com
Email: tlogan@edelson.com
Email: bsilverkorn@edelson.com

**ORDER**

The Parties' stipulated motion is **GRANTED**. Defendants' deadline to respond to plaintiffs' class certification and preliminary injunction motion, Dkt. 164, is April 28, 2021. Plaintiffs' reply deadline is May 10, 2021.

All existing case deadlines as set forth in the Court's Order Setting Trial Date and Related Dates, Dkt. 208 are to be extended by approximately two weeks according to the following schedule:

| | |
|---|---|
| **TRIAL DATE** | November 1, 2021 |
| Deadline for joining additional parties | April 19, 2021 |
| Deadline for amending pleadings | May 19, 2021 |
| Reports from expert witnesses under FRCP 26(a)(2) due | May 19, 2021 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Discovery completed by | July 20, 2021 |
| Settlement conference held no later than | August 2, 2021 |
| All dispositive motions must be filed and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | August 17, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | October 4, 2021 |
| Agreed pretrial order due | October 20, 2021 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | October 27, 2021 |
| Length of Trial: 5-10 days | Jury |

**IT IS SO ORDERED.**

DATED this __9th__ day of __April__, 2021.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE