The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-00525-RSL<br><br>**PLAINTIFFS' RESPONSE TO IGT'S MOTION FOR LEAVE TO AMEND**<br><br>**NOTING DATE:** April 16, 2021 |

Having (i) previously met and conferred with IGT on the relief sought by IGT's motion for leave to amend its answer (Dkt. 218), and (ii) fully considered the relevant legal and factual questions, Plaintiffs have determined that briefing the issue would not be the most efficient use of the Parties' or the Court's resources. Consequently, while IGT's proposed amendments lack merit and IGT should not be permitted to rely on any proposed revisions in support of its opposition to Plaintiffs' already-pending motion for class certification and a preliminary injunction, Plaintiffs do not oppose the relief sought by IGT's motion.

Dated: April 12, 2021                              Respectfully submitted,


**ADRIENNE BENSON** and **MARY SIMONSON**
individually and on behalf of all others similarly situated,

| | |
|---|---|
| 1 | By: /s/ Todd Logan |
| 2 | Rafey S. Balabanian* |
| 3 | rbalabanian@edelson.com |
|   | Todd Logan* |
| 4 | tlogan@edelson.com |
|   | Brandt Silver-Korn* |
| 5 | bsilverkorn@edelson.com |
| 6 | EDELSON PC |
|   | 123 Townsend Street, Suite 100 |
| 7 | San Francisco, California 94107 |
|   | Tel: 415.212.9300/Fax: 415.373.9435 |
| 8 | |
| 9 | By: /s/ Alexander G. Tievsky |
| 10 | Jay Edelson* |
|    | jedelson@edelson.com |
| 11 | Alexander G. Tievsky, WSBA #57125 |
|    | atievsky@edelson.com |
| 12 | Amy B. Hausmann* |
|    | abhausmann@edelson.com |
| 13 | EDELSON PC |
| 14 | 350 N LaSalle Street, 14th Floor |
|    | Chicago, IL 60654 |
| 15 | Tel: 312.589.6370 / Fax: 312.589.6378 |
| 16 | By: /s/ Cecily C. Shiel |
| 17 | |
|    | Cecily C. Shiel, WSBA #50061 |
| 18 | cshiel@tousley.com |
|    | TOUSLEY BRAIN STEPHENS PLLC |
| 19 | 1700 Seventh Avenue, Suite 2200 |
|    | Seattle, Washington 98101-4416 |
| 20 | Tel: 206.682.5600 |
| 21 | |
|    | *Attorneys for Plaintiffs and the Putative Class* |
| 22 | |
|    | *Admitted *pro hac vice* |
| 23 | |