UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADRIENNE BENSON AND MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada Corporation,<br><br>Defendants. | Case No. 2:18-cv-00525-RSL<br><br>**ORDER GRANTING DEFENDANT INTERNATIONAL GAME TECHNOLOGY'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO FIRST AMENDED COMPLAINT** |

This matter comes before the Court on Defendant International Game Technology's motion for leave to file an Amended Answer to the First Amended Complaint. Having considered the papers submitted, IT IS HEREBY ORDERED that:

1. The Motion for Leave to File an Amended Answer to the First Amended Complaint is GRANTED; and

2. Defendant International Game Technology shall, within seven days of the date of this Order, file the Amended Answer according to the requirements of LCR 15 for the Western District of Washington.

Dated this 19th day of April, 2021.

*[signature]*
Hon. Robert S. Lasnik
United Stated District Court Judge

ORDER GRANTING MOTION
FOR LEAVE TO FILE AMENDED ANSWER
TO FIRST AMENDED COMPLAINT            - 2