UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-00525-RSL<br><br>**UNOPPOSED MOTION TO STRIKE** |

One of the individuals who recently submitted a declaration in this case has, for work-related reasons, decided that she would like—subject to Court approval—to have her declaration stricken from the docket. The Parties agree that, should the Court grant the request, the Court should not rely on or otherwise consider the declaration with respect to any of the pending motions. Consequently, Plaintiffs respectfully request—and Defendants do not oppose—that the Court (i) order the Clerk of the Court to strike Dkts. #144 and #178 from the docket, and (ii) refrain from considering those docket entries with respect to any of the pending motions.

| | | |
|---|---|---|
| 1 | Dated: April 19, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | **ADRIENNE BENSON** and **MARY SIMONSON** individually and on behalf of all others similarly situated, |
| 4 | | |
| 5 | | Respectfully submitted, |
| 6 | | By: /s/ Todd Logan |
| 7 | | |
| 8 | | Rafey S. Balabanian*<br>rbalabanian@edelson.com |
| 9 | | Todd Logan*<br>tlogan@edelson.com |
| 10 | | Brandt Silver-Korn*<br>bsilverkorn@edelson.com |
| 11 | | Edelson PC<br>123 Townsend Street, Suite 100 |
| 12 | | San Francisco, California 94107<br>Tel: 415.212.9300/Fax: 415.373.9435 |
| 13 | | |
| 14 | | By: /s/ Alexander G. Tievsky |
| 15 | | Jay Edelson*<br>jedelson@edelson.com |
| 16 | | Alexander G. Tievsky, WSBA #57125<br>atievsky@edelson.com |
| 17 | | Edelson PC |
| 18 | | 350 N LaSalle Street, 14th Floor<br>Chicago, IL 60654 |
| 19 | | Tel: 312.589.6370 / Fax: 312.589.6378 |
| 20 | | By: /s/ Cecily C. Shiel |
| 21 | | Cecily C. Shiel, WSBA #50061<br>cshiel@tousley.com |
| 22 | | TOUSLEY BRAIN STEPHENS PLLC<br>1700 Seventh Avenue, Suite 2200 |
| 23 | | Seattle, Washington 98101-4416<br>Tel: 206.682.5600 |
| 24 | | |
| 25 | | *Admitted *pro hac vice* |
| 26 | | |
| 27 | | |

UNOPPOSED MOTION TO STRIKE - 2
CASE NO. 18-CV-525-RSL

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

# ORDER

Plaintiffs' motion is **GRANTED.**

The Clerk of the Court is ORDERED to strike Dkts. #144 and #201-8[1] from the docket. The Court will not rely on or otherwise consider those docket entries with respect to any of the pending motions.

**IT IS SO ORDERED.**

Dated this 20th day of April, 2021.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

---

[1] Chambers staff has confirmed that these are the docket entries at issue.