1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br><br>*Defendants* | Case No. 18-cv-00525-RSL<br><br>**STIPULATED MOTION AND ORDER RE PLEADINGS AMENDMENT AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION** |

After recent discussions between counsel, including as to the effect of International Game Technology's recent-filed amended answer and the appropriate role in this case (if any) of International Game Technology's "IGT", *see* Dkt. 238 ¶ 1, the parties have agreed—subject to Court approval—to the following:

- o   Plaintiffs are granted leave to file the [proposed] Second Amended Complaint, attached hereto as Exhibit 1, which adds International Game Technology's subsidiary "IGT" as an additional defendant but makes no other substantive changes to the pleadings.

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

○ Plaintiffs shall file the Second Amended Complaint within twenty-four hours of the Court's order granting this stipulation.

○ The deadlines for Defendants to respond to Plaintiffs' class certification and preliminary injunction motion, Dkt. 164, shall be 14 days after the date the Second Amended Complaint is filed, but no sooner than May 11, 2021. DoubleDown may file a response of up to 32 pages, and the IGT defendants may together file a response of up to 24 pages.

○ Plaintiffs may, by no later than 14 days after the Defendants' responses are filed, file a combined reply in support of class certification and a preliminary injunction of up to 32 pages.

○ All other case deadlines remain unchanged.

○ The newly-added IGT defendant may file a Rule 12(b)(6) motion as to the Second Amended Complaint. The parties agree that neither International Game Technology nor DoubleDown shall file any other pleadings motions or arbitration-related motions as to the Second Amended Complaint. However:

▪ All Defendants state that they may file Rule 12(c) motions. Plaintiffs state that any such motions would be unwarranted and improper.

▪ DoubleDown states that it may file motion(s) to compel Adrienne Benson and/or Mary Simonson to arbitration based on deposition testimony that DoubleDown contends constitutes actual notice of an agreement to arbitrate. Plaintiffs state that any such motions would be untimely, unwarranted, and improper.

○ Defendants shall not seek any additional delay or stay of the current class certification and preliminary injunction briefing schedule, nor shall Defendants argue that Plaintiffs must file a renewed class certification and preliminary injunction motion in light of the filing of the Second Amended Complaint.

The Parties respectfully request that the Court grant this stipulated motion and enter the attached [Proposed] Order.

Dated: April 23, 2021

Respectfully submitted,

Attorneys for Plaintiffs
**ADRIENNE BENSON** and **MARY SIMONSON**
individually and on behalf of all others similarly
situated,

By: /s/ Todd Logan
    Rafey S. Balabanian*
    rbalabanian@edelson.com
    Todd Logan*
    tlogan@edelson.com
    Brandt Silver-Korn*
    bsilverkorn@edelson.com
    Edelson PC
    150 California Street, 18th Floor
    San Francisco, CA 94111
    Tel: 415.212.9300/Fax: 415.373.9435

By: /s/ Alexander G. Tievsky
    Jay Edelson*
    jedelson@edelson.com
    Alexander G. Tievsky, WSBA #57125
    atievsky@edelson.com
    Edelson PC
    350 N LaSalle Street, 14th Floor
    Chicago, IL 60654
    Tel: 312.589.6370 / Fax: 312.589.6378

By: /s/ Cecily C. Shiel
    TOUSLEY BRAIN STEPHENS PLLC
    Cecily C. Shiel, WSBA #50061
    cshiel@tousley.com
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington 98101-4416
    Tel: 206.682.5600

    *Admitted *pro hac vice*

Dated: April 23, 2021

Respectfully submitted,

Attorneys for Defendant
International Game Technology

By: /s/ Paul Karlsgodt

BAKERHOSTETLER

Paul Karlsgodt, Admitted Pro Hac Vice
PKarlsgodt@bakerlaw.com
David Friebus, Admitted Pro Hac Vice
dfriebus@bakerlaw.com
1801 California Street | Suite 4400
Denver, CO 80202-2662

By: /s/ Adam T. Pankratz

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

Adam T. Pankratz, WSBA No. 50951
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206-693-7057
E-mail: adam.pankratz@ogletree.com

1   Dated: April 23, 2021              Respectfully submitted,

2                               Attorneys for Double Down Interactive, LLC

3                               By: /s/ Jaime Drozd Allen

4                               DAVIS WRIGHT TREMAINE LLP

Jaime Drozd Allen, WSBA #35742
Stuart R. Dunwoody, WSBA #13948
Cyrus E. Ansari, WSBA #52966
Benjamin J. Robbins, WSBA # 53376
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-757-8039
Fax: 206-757-7039
E-mail: jaimeallen@dwt.com
E-mail: stuartdunwoody@dwt.com
E-mail: cyrusansari@dwt.com
E-mail: benrobbins@dwt.com

**ORDER**

The Parties' stipulated motion is GRANTED. The Court ORDERS as follows:

- o  Plaintiffs are granted leave to file the proposed Second Amended Complaint, attached to the parties' stipulation as Exhibit 1, which adds International Game Technology's subsidiary "IGT" as an additional defendant but makes no other substantive changes to the pleadings.

- o  Plaintiffs shall file the Second Amended Complaint within twenty-four hours of the Court's order granting this stipulation.

- o  The deadlines for Defendants to respond to Plaintiffs' class certification and preliminary injunction motion, Dkt. 164, shall be 14 days after the date the Second Amended Complaint is filed, but no sooner than May 11, 2021. DoubleDown may file a response of up to 32 pages, and the IGT defendants may together file a response of up to 24 pages.

**EDELSON PC**
350 N LaSalle Street, 14th floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

o   Plaintiffs may, by no later than 14 days after the Defendants' responses are filed, file a combined reply in support of class certification and a preliminary injunction of up to 32 pages.

o   The Clerk of Court is directed to renote Plaintiffs' class certification and preliminary injunction motion, Dkt. 164, for consideration on May 28, 2021.

o   All other case deadlines remain unchanged.

o   The newly-added IGT defendant may file a Rule 12(b)(6) motion as to the Second Amended Complaint. Neither International Game Technology nor DoubleDown shall file any other pleadings motions or arbitration-related motions as to the Second Amended Complaint. However:

  ▪   All Defendants state that they may file Rule 12(c) motions. Plaintiffs state that any such motions would be unwarranted and improper.

  ▪   DoubleDown states that it may file motion(s) to compel Adrienne Benson and/or Mary Simonson to arbitration based on deposition testimony that DoubleDown contends constitutes actual notice of an agreement to arbitrate. Plaintiffs state that any such motions would be untimely, unwarranted, and improper.

o   Defendants shall not seek any additional delay or stay of the current class certification and preliminary injunction briefing schedule, nor shall Defendants argue that Plaintiffs must file a renewed class certification and preliminary injunction motion in light of the filing of the Second Amended Complaint.

**IT IS SO ORDERED.**

DATED this 26th day of April, 2021.

*Mrt S Lasnik*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE