The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-00525-RSL<br><br>**REPLY IN SUPPORT OF MOTION FOR RELIEF FROM DEADLINE TO ADD PARTIES**<br><br>**NOTING DATE:** April 30, 2021 |

On April 19, 2021, Plaintiffs filed a motion for relief from the deadline to add parties. *See* Dkt. 236 ("Motion"). No party opposed the Motion. *See* LCR 7(b)(2) ("[I]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."). Moreover, whether assessed under Rule 15's liberal amendment policy or Rule 16's more stringent standard, the Motion presented "good cause" for the requested relief. *See Washburn v. Gymboree Retail Stores, Inc.*, No. 11-cv-0822-RSL, 2012 WL 12973202, at *1 (W.D. Wash. May 2, 2012).

1  Because no party opposed the Motion, and because the Motion demonstrated good cause
2  for the requested relief, the Court should grant the Motion, which continues the deadline to add
3  parties to May 19, 2021.

6  Dated: April 30, 2021                     Respectfully submitted,

                                             **ADRIENNE BENSON** and **MARY SIMONSON**
                                             individually and on behalf of all others similarly
                                             situated,

                                             By: /s/ Todd Logan

                                             Rafey S. Balabanian*
                                             rbalabanian@edelson.com
                                             Todd Logan*
                                             tlogan@edelson.com
                                             Brandt Silver-Korn*
                                             bsilverkorn@edelson.com
                                             Edelson PC
                                             150 California Street, 18th Floor
                                             San Francisco, CA 94111
                                             Tel: 415.212.9300 / Fax: 415.373.9435

                                             By: /s/ Alexander G. Tievsky

                                             Jay Edelson*
                                             jedelson@edelson.com
                                             Alexander G. Tievsky, WSBA #57125
                                             atievsky@edelson.com
                                             Amy B. Hausmann*
                                             abhausmann@edelson.com
                                             Edelson PC
                                             350 N LaSalle Street, 14th Floor
                                             Chicago, IL 60654
                                             Tel: 312.589.6370 / Fax: 312.589.6378

                                             By: /s/ Cecily C. Shiel
                                             TOUSLEY BRAIN STEPHENS PLLC
                                             Cecily C. Shiel, WSBA #50061
                                             cshiel@tousley.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600

*Admitted *pro hac vice*