# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ADRIENNE BENSON, *et al.*,

Plaintiffs,

v.

DOUBLE DOWN INTERACTIVE, LLC,

Defendants.

Cause No. C18-0525RSL

ORDER

This matter comes before the Court on plaintiffs' "Motion for Relief from Deadline to Add Parties." Dkt. # 236. The parties previously stipulated that plaintiffs could file a Second Amended Complaint adding International Game Technology's subsidiary as a party. The Court entered a corresponding order. This duplicative request for relief is therefore DENIED as moot.

Dated this 3rd day of May, 2021.

Robert S. Lasnik
United States District Judge

ORDER - 1