The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON AND MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, et al.,<br><br>Defendants. | No. 2:18-cv-00525-RSL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT DOUBLE DOWN INTERACTIVE, LLC'S RENEWED MOTION TO COMPEL ARBITRATION AND TO STAY<br><br>**NOTED FOR CONSIDERATION: MAY 28, 2021**<br><br>**ORAL ARGUMENT REQUESTED** |

This matter came before the Court on the Defendant Double Down Interactive, LLC's ("Double Down") Renewed Motion to Compel Arbitration and to Stay. The Court, having considered the motion, Plaintiffs' response, and Double Down's reply, HEREBY ORDERS that Double Down's Motion to Compel Arbitration and to Stay is GRANTED. The Court further rules:

(1) Plaintiffs are ordered to arbitrate their claims against Double Down on an individualized basis pursuant to the terms of their agreements; and

(2) This action is hereby stayed pending the outcome of the arbitration proceedings.

IT IS SO ORDERED.

DATED this ___ day of _____, 2021.

_____
UNITED STATED DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DOUBLE DOWN'S
RENEWED MOTION TO COMPEL ARBITRATION AND TO STAY
(2:18-cv-00525-RSL) - 1
4815-5207-1912v.1 0111414-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP

Attorneys for Double Down Interactive, LLC

By *s/ Jaime Drozd Allen*
    Jaime Drozd Allen, WSBA #35742
    Stuart R. Dunwoody, WSBA #13948
    Cyrus E. Ansari, WSBA #52966
    Benjamin J. Robbins, WSBA #53376
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Telephone: 206-757-8039
    Fax: 206-757-7039
    E-mail: jaimeallen@dwt.com
    E-mail: stuartdunwoody@dwt.com
    E-mail: cyrusansari@dwt.com
    E-mail: benrobbins@dwt.com

    Sean M. Sullivan (admitted *pro hac vice*)
    Sarah E. Burns (admitted *pro hac vice*)
    865 South Figueroa Street
    Los Angeles, CA 90017
    Telephone: 213-633-6800
    Fax: 213-633-6899
    E-mail: seansullivan@dwt.com
    E-mail: sarahburns@dwt.com

[PROPOSED] ORDER GRANTING DOUBLE DOWN'S RENEWED MOTION TO COMPEL ARBITRATION AND TO STAY (2:18-cv-00525-RSL) - 2
4815-5207-1912v.1 0111414-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax