The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON AND MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, et al.,<br><br>Defendants. | No. 2:18-cv-00525-RSL<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND FOR PRELIMINARY INJUNCTION<br><br>**NOTED FOR CONSIDERATION: MAY 25, 2021**<br><br>**ORAL ARGUMENT REQUESTED** |

This matter came before the Court on "Plaintiffs' Motion for Class Certification and for Preliminary Injunction." Dkt. 164. The Court, having considered the memoranda, declarations, and exhibits submitted by the Parties, HEREBY ORDERS that Plaintiffs' motion for class certification is DENIED and their motion for preliminary injunction is DENIED.

IT IS SO ORDERED.

DATED this ___ day of _____, 2021.

_____
UNITED STATED DISTRICT JUDGE

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND FOR PRELIMINARY INJUNCTION
(2:18-cv-00525-RSL) - 1

1  Presented by:

2  DAVIS WRIGHT TREMAINE LLP

3  Attorneys for Double Down Interactive, LLC

4  By *s/ Jaime Drozd Allen*
    Jaime Drozd Allen, WSBA #35742
    Stuart R. Dunwoody, WSBA #13948
5      Cyrus E. Ansari, WSBA #52966
    Benjamin J. Robbins, WSBA #53376
6      Jordan Harris, WSBA #55499
    920 Fifth Avenue, Suite 3300
7      Seattle, WA 98104
    Telephone: 206-757-8039
8      Fax: 206-757-7039
    E-mail: jaimeallen@dwt.com
9      E-mail: stuartdunwoody@dwt.com
    E-mail: cyrusansari@dwt.com
10     E-mail: benrobbins@dwt.com
    E-mail: jordanharris@dwt.com

12     Sean M. Sullivan (admitted *pro hac vice*)
    Sarah E. Burns (admitted *pro hac vice*)
13     865 South Figueroa Street
    Los Angeles, CA 90017
14     Telephone: 213-633-6800
    Fax: 213-633-6899
15     E-mail: seansullivan@dwt.com
    E-mail: sarahburns@dwt.com

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND FOR PRELIMINARY INJUNCTION
(2:18-cv-00525-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax