UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, *et al.*,<br><br>　　　　Defendants. | Cause No. C18-0525RSL<br><br>ORDER CONTINUING CASE<br>MANAGEMENT DEADLINES |

This matter comes before the Court on Double Down Interactive's "Motion to Continue the Trial Date and Pretrial Deadlines or in the Alternative Motion for Fed. R. Civ. P. [] 16 Conference" (Dkt. # 327) and "LCR 7(d)(2)(A) Motion for Relief from August 2, 2021 Settlement Deadline and August 17, 2021 Dispositive Motions Deadline" (Dkt. # 347). The IGT defendants generally concur in the request for a continuance. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, along with the remainder of the record, the Court finds as follows:

There are fourteen motions pending in the above-captioned matter, including plaintiffs' motion for class certification and preliminary injunction, defendant IGT's motion to dismiss, a discovery motion, and a renewed motion to compel arbitration. Some of these motions will impact the scope and nature of the claims at issue in this litigation, and not all of them will be resolved before the current dispositive motion deadline of August 17, 2021. There is good cause

ORDER CONTINUING CASE
MANAGEMENT DEADLINES - 1

to continue the dispositive motion deadline. Defendants have not, however, shown good cause for a year's extension of the discovery deadline or the settlement conference deadline. Nevertheless, plaintiffs have agreed that a five-week extension of these dates would afford the parties ample time to work through their discovery disputes and place the case in a procedural posture in which a negotiated resolution might be possible.

For all of the foregoing reasons, defendants' motions (Dkt. # 327 and Dkt. # 347) are GRANTED in part and DENIED in part. The discovery and settlement deadlines are hereby continued for five weeks, to August 24, 2021, and September 7, 2021, respectively. All motions related to discovery must be noted on the Court's calendar for consideration no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2). All subsequent case management deadlines, including the dispositive motion deadline and the trial date, are hereby STRICKEN and will be reset when Dkt. # 164, 264, 289, 322, and 340 are resolved.

Dated this 19th day of July, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge