UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation and IGT, a Nevada corporation,<br><br>*Defendants* | Case No. 18-cv-00525-RSL<br><br>**STIPULATED MOTION AND ORDER RE DISCOVERY MOTION DEADLINE AND BRIEFING SCHEDULE RE: DEFENDANT DOUBLE DOWN INTERACTIVE, LLC'S ESI** |

Under the present case schedule, the de facto deadline for discovery motions is August 5, 2021. *See* Dkt. 368. At approximately 8 p.m. on August 3, 2021, Double Down Interactive LLC's counsel for the first time disclosed certain information to Plaintiff's counsel (the "ESI Preservation Information").

Plaintiffs' counsel believes the ESI Preservation Information is extremely important to the discovery process. After having met and conferred on the topic on August 4, 2021, Double Down and Plaintiffs have agreed to stipulate—subject to Court approval—that Plaintiffs'

deadline to file a motion related to the ESI Preservation Information should be continued from August 5, 2021, to August 19, 2021. If Plaintiffs bring this motion on or before August 19, 2021, Double Down's response will be due on September 3, 2021 and Plaintiffs' reply due on September 10, 2021.  Plaintiffs' counsel has agreed to refrain from adding any argument or rhetoric into this stipulated motion for a limited extension.

The Parties agree that there is good cause to grant this limited extension, and further agree that this extension does not apply to any other discovery motions practice and shall have no impact on any other deadlines in this case. Therefore, the Parties jointly request that the Court enter the attached Order.

| | | |
|---|---|---|
| 1 | Dated: August 6, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | Attorneys for Plaintiffs<br>**ADRIENNE BENSON** and **MARY SIMONSON** |
| 4 | | individually and on behalf of all others similarly situated, |

By:  /s/ Todd Logan
    Rafey S. Balabanian*
    rbalabanian@edelson.com
    Todd Logan*
    tlogan@edelson.com
    Brandt Silver-Korn*
    bsilverkorn@edelson.com
    Edelson PC
    150 California Street, 18th Floor
    San Francisco, California 94111
    Tel: 415.212.9300/Fax: 415.373.9435

By:  /s/ Alexander G. Tievsky
    Jay Edelson*
    jedelson@edelson.com
    Alexander G. Tievsky, WSBA #57125
    atievsky@edelson.com
    Edelson PC
    350 N LaSalle Street, 14th Floor
    Chicago, IL 60654
    Tel: 312.589.6370 / Fax: 312.589.6378

By:  /s/ Cecily C. Shiel
    TOUSLEY BRAIN STEPHENS PLLC
    Cecily C. Shiel, WSBA #50061
    cshiel@tousley.com
    1200 Fifth Avenue, Suite 1700
    Seattle, Washington 98101
    Tel: 206.682.5600

*Admitted *pro hac vice*

Dated: August 6, 2021

Respectfully submitted,

Attorneys for Double Down Interactive, LLC

By: /s/ Jaime Drozd Allen

DAVIS WRIGHT TREMAINE LLP

Jaime Drozd Allen, WSBA #35742
Stuart R. Dunwoody, WSBA #13948
Lindsey Mundt, WSBA # 49394
Benjamin J. Robbins, WSBA # 53376
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-757-8039
Fax: 206-757-7039
E-mail: jaimeallen@dwt.com
E-mail: stuartdunwoody@dwt.com
E-mail: benrobbins@dwt.com

## ORDER

The Parties' stipulated motion is **GRANTED.** Plaintiffs' deadline to bring a motion related to Double Down's ESI Information is continued to August 19, 2021.  If Plaintiffs bring that motion on or before August 19, 2021, Double Down's response will be due on September 3, 2021 and Plaintiffs' reply due on September 10, 2021.

**IT IS SO ORDERED.**

Dated this 6th day of August, 2021.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE