The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants* | Case No. 18-cv-00525-RSL<br><br>**STIPULATED MOTION AND ORDER RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THIRTEEN REQUESTS** |

In their Motion to Compel Production of Documents Responsive to Thirteen Requests, Dkt. #381, Plaintiffs noted that the Plaintiffs and Defendant Double Down Interactive, LLC had discussed compromises regarding RFP Nos. 50 and 78 to Double Down. *See* Dkt. #381 at 7 n.2, 11 n.6. The parties have now reached a complete agreement regarding RFP No. 78 and a partial agreement as to RFP No. 50.

Specifically, in response to RFP No. 78, Double Down has agreed to produce all non-privileged, responsive documents on or before August 13, 2021. In response to RFP No. 50,

Plaintiffs and Double Down have agreed on revised search terms, and Double Down has agreed to produce all non-privileged, responsive documents that do not contain foreign language content on or before August 24, 2021. (The parties continue to dispute DoubleDown's production obligations as to non-privileged documents responsive to RFP No. 50 that contain foreign language content).

Based on these agreements, Plaintiffs have agreed to partially withdraw their Motion to Compel, Dkt. #381, specifically with respect to RFP Nos. 78 (in full) and 50 (in part).

Plaintiffs and Double Down agree that there is good cause to withdraw Plaintiffs' Motion to Compel with respect to these two Requests, and agree that this stipulation does not apply to any of the other Requests included in Plaintiffs' Motion to Compel, Dkt. #381. Therefore, Plaintiffs and Double Down request that the Court enter the attached Proposed Order.

| | | |
|---|---|---|
| 1 | Dated: August 16, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | Attorneys for Plaintiffs<br>**ADRIENNE BENSON** and **MARY SIMONSON**<br>individually and on behalf of all others similarly situated, |
| 4 | | |

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

By: /s/ Alexander G. Tievsky
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378

By: /s/ Cecily C. Shiel
Cecily C. Shiel, WSBA #50061
cshiel@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Admitted *pro hac vice*

1  Dated: August 16, 2021    Respectfully submitted,

2                            Attorneys for Double Down Interactive, LLC

3                            By: /s/ Stuart R. Dunwoody

4
                                 DAVIS WRIGHT TREMAINE LLP
5
                                 Jaime Drozd Allen, WSBA #35742
6                                Stuart R. Dunwoody, WSBA #13948
                                 Lindsey Mundt, WSBA # 49394
7                                Benjamin J. Robbins, WSBA # 53376
                                 920 Fifth Avenue, Suite 3300
8                                Seattle, WA 98104
                                 Telephone: 206-757-8039
9                                Fax: 206-757-7039
                                 E-mail: jaimeallen@dwt.com
10                               E-mail: stuartdunwoody@dwt.com
                                 Email: lindseymundt@dwt.com
11
                                 E-mail: benrobbins@dwt.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# ORDER

The stipulated motion is **GRANTED.**

In response to RFP No. 78, Double Down shall produce all non-privileged, responsive documents on or before August 13, 2021.

In response to RFP No. 50, subject to the Parties' agreement to narrowed search terms, Double Down shall (i) produce all non-privileged, responsive documents that do not contain foreign language content on or before August 24, 2021.

Because Plaintiffs have withdrawn their Motion to Compel with respect to RFP No. 78 (in full) and 50 (in part, specifically with respect to documents that do not contain foreign language content), those portions of Plaintiffs' Motion to Compel, Dkt. #381, are **DENIED AS MOOT.** However, Dkt. #381 remains pending as to all other Requests.

**IT IS SO ORDERED.**

DATED this 17th day of August, 2021.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE