UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, et al.,<br><br>*Defendants.* | Case No. 18-cv-00525-RSL<br><br>**JOINT MOTION TO EXTEND THE SETTLEMENT CONFERENCE DEADLINE** |

Under the present case schedule, the deadline to hold a formal settlement conference including representatives with authority to settle is September 7, 2021. *See* Dkt. 368. For several months, IGT ("IGT") and International Game Technology ("IGT Holdco") (collectively, the "IGT Defendants") and Plaintiffs have engaged in telephonic settlement discussions between counsel. Those discussions have developed such that Plaintiffs and IGT have now committed to exploring in good faith whether to (i) hold a formal mediation with a third-party neutral, or (2) conduct a Zoom videoconference with representatives with authority to settle.

Consequently, Plaintiffs and the IGT Defendants have agreed—subject to Court approval—to stipulate to extend the formal settlement conference deadline from September 7, 2021 to September 27, 2021. Plaintiffs and the IGT Defendants believe that this modest extension

JOINT MOTION TO EXTEND THE SETTLEMENT CONFERENCE DEADLINE
(Case No.: 18-CV-00525-RSL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

1  will provide the parties sufficient time to fully explore the potential benefits of either a formal
2  mediation or a Zoom videoconference between authorized parties. Accordingly, the IGT
3  Defendants and the Plaintiffs jointly request that the Court enter the attached Order.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

| | |
|---|---|
| Dated: September 7, 2021 | Respectfully submitted. |
| | BAKER & HOSTETLER LLP |
| | |
| | /s/ *James R. Morrison* |
| | James R. Morrison, WSBA No. 43043 |
| | Logan F. Peppin, WSBA 57704 |
| | 999 Third Avenue, Suite 3900 |
| | Seattle, WA 98104 |
| | Tel: (206) 332-1380 |
| | Fax: (206) 624-7317 |
| | jmorrison@bakerlaw.com |
| | lpeppin@bakerlaw.com |
| | |
| | John M. Touhy (*pro hac vice*) |
| | David M. Friebus (*pro hac vice*) |
| | Joshua M. Fliegel (*pro hac vice*) |
| | One North Wacker Drive, Suite 4500 |
| | Chicago, IL 60606 |
| | Tel: (312) 416-6200 |
| | Fax: (312) 416-6201 |
| | jtouhy@bakerlaw.com |
| | dfriebus@bakerlaw.com |
| | jfliegel@bakerlaw.com |
| | |
| | Paul G. Karlsgodt, WSBA No. 40311 |
| | 1801 California Street, Suite 4400 |
| | Denver, CO 80202 |
| | Tel: (303) 861-0600 |
| | Fax: (303) 861-7805 |
| | pkarlsgodt@bakerlaw.com |
| | |
| | *Attorneys for Defendants International Game Technology and IGT* |

JOINT MOTION TO EXTEND THE SETTLEMENT CONFERENCE DEADLINE
(Case No.: 18-CV-00525-RSL)

-3-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

EDELSON PC

*/s/ Rafey S. Balabanian*
Rafey S. Balabanian *
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 515.212.9300
Fax: 415.373.9495

*/s/ Jay Edelson*
Jay Edelson*
Jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Cecily C. Shiel, WSBA #50061
cshiel@tousley.com
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600

*Attorneys for Plaintiffs Adrienne Benson and Mary Simonson*

**Admitted pro hac vice*

JOINT MOTION TO EXTEND THE SETTLEMENT CONFERENCE DEADLINE
(Case No.: 18-CV-00525-RSL)

-4-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

**ORDER**

The Parties' Joint Motion to Extend the Settlement Conference Deadline until September 27, 2021 is GRANTED.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

JOINT MOTION TO EXTEND THE SETTLEMENT CONFERENCE DEADLINE
(Case No.: 18-CV-00525-RSL)

-5-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380