The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON AND MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, et al.,<br><br>Defendants. | No. 2:18-cv-00525-RSL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO TEMPORARILY SEAL CERTAIN FILINGS RELATED TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS AND EVIDENTIARY HEARING |

This matter came before the Court on Plaintiffs' Motion to Temporarily Seal Certain Filings Related to Plaintiffs' Motion for Spoliation Sanctions and Evidentiary Hearing ("Motion"). The Court, having considered the materials submitted by the Parties, hereby ORDERS that Plaintiffs' Motion is GRANTED as follows.  The Court has found that Dkt. 434-4 consists of Double Down's protected work product that was inadvertently produced in discovery.  That document, and the related filings discussing that document shall be maintained under seal.  Thus, the following shall remain permanently under seal:

1. DDI_00110764–65, filed in conjunction with Plaintiffs' Reply to Double Down's Opposition to Plaintiffs' Motion for Spoliation Sanctions and an Evidentiary Hearing (Dkt. 434-4);

2. Plaintiffs' Reply to Double Down's Opposition to Plaintiffs' Motion for Spoliation Sanctions and Evidentiary Hearing (Dkt. 433); and

[PROPOSED] ORDER GRANTING
PLS' MOT. TO SEAL
(2:18-cv-00525-RSL) – 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

3. Plaintiffs' Rule 26(b)(5)(B) Motion to Preserve Dkt. 434-4, To Compel Additional Documents, and To Compel Davis Wright Tremaine To Appear Under Oath At An Evidentiary Hearing and supporting declaration and exhibits (Dkts. 442 & 443).

IT IS SO ORDERED.

DATED this ___ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP

Attorneys for Double Down Interactive, LLC

By */s/ Jaime Drozd Allen*
   Jaime Drozd Allen, WSBA #35742
   Stuart R. Dunwoody, WSBA #13948
   Benjamin J. Robbins, WSBA #53376
   Jordan Harris, WSBA #55499
   Lindsey E. Mundt, WSBA #49394
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104
   Telephone: 206-757-8039
   Fax: 206-757-7039
   E-mail: jaimeallen@dwt.com
   E-mail: stuartdunwoody@dwt.com
   E-mail: benrobbins@dwt.com
   E-mail: jordanharris@dwt.com
   E-mail: lindseymundt@dwt.com

   Sean M. Sullivan (admitted *pro hac vice*)
   Sarah E. Burns (admitted *pro hac vice*)
   865 South Figueroa Street
   Los Angeles, CA 90017
   Telephone: 213-633-6800
   Fax: 213-633-6899
   E-mail: seansullivan@dwt.com
   E-mail: sarahburns@dwt.com

[PROPOSED] ORDER GRANTING
PLS' MOT. TO SEAL
(2:18-cv-00525-RSL) – 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax