1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

ADRIENNE BENSON and MARY
SIMONSON, individually and on behalf of all
others similarly situated,

10

11

*Plaintiffs*,

12

*v.*

13

DOUBLEDOWN INTERACTIVE, LLC, a
Washington limited liability company,
INTERNATIONAL GAME TECHNOLOGY,
a Nevada corporation, and IGT, a Nevada
corporation,

14

15

16

17

*Defendants.*

Case No. 18-cv-00525-RSL

**STIPULATION AND PROPOSED**
**ORDER TO STAY LITIGATION**
**THROUGH 5:00PM ON JUNE 24, 2022**

18

19      Defendants seek an eight-day stay of this case to explore classwide settlement negotiations.

20  The requested stay would automatically lift at 5:00pm on June 24, 2022. Plaintiffs have agreed not

21  to oppose.

22      If the Court grants this stipulation, Plaintiffs will file a statement on or before 5:00pm on

23  June 24, 2022, either (1) seeking an additional extension of the stay, or (2) stating that settlement

24  efforts have failed and there is no need for a further stay.

25      A Proposed Order is attached.

26

27

STIPULATION AND PROPOSED ORDER TO STAY
LITIGATION THROUGH 5:00PM ON JUNE 24, 2022
(Case No.: 18-CV-00525-RSL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone:  (206) 332-1380

1  Dated: June 16, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Respectfully submitted.

BAKER & HOSTETLER LLP

*/s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
Logan F. Peppin, WSBA 57704
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
jmorrison@bakerlaw.com
lpeppin@bakerlaw.com

John M. Touhy (*pro hac vice*)
David M. Friebus (*pro hac vice*)
Joshua M. Fliegel (*pro hac vice*)
One North Wacker Drive, Suite 4500
Chicago, IL 60606
Tel: (312) 416-6200
Fax: (312) 416-6201
jtouhy@bakerlaw.com
dfriebus@bakerlaw.com
jfliegel@bakerlaw.com

Paul G. Karlsgodt, WSBA No. 40311
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
pkarlsgodt@bakerlaw.com

*Attorneys for International Game Technology
and IGT*

STIPULATION AND PROPOSED ORDER TO STAY
LITIGATION THROUGH JUNE 24, 2022
(Case No.: 18-CV-00525-RSL)

-2-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone:  (206) 332-1380

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DAVIS WRIGHT TREMAINE LLP

*/s/ Jaime Drozd Allen*
Jaime Drozd Allen, WSBA #35742
Stuart R. Dunwoody, WSBA #13948
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-757-8039
Fax: 206-757-7039
jaimeallen@dwt.com
stuartdunwoody@dwt.com

*Attorneys for Double Down Interactive, LLC*

STIPULATION AND PROPOSED ORDER TO STAY
LITIGATION THROUGH JUNE 24, 2022
(Case No.: 18-CV-00525-RSL)

-3-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone:  (206) 332-1380

EDELSON PC

*/s/Todd Logan*
Rafey S. Balabanian *
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 515.212.9300
Fax: 415.373.9495

*/s/Alexander G. Tievsky*
Jay Edelson*
Jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*/s/Cecily C. Jordan*
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600

*Attorneys for Plaintiffs Adrienne Benson and Mary Simonson*

*Admitted pro hac vice

STIPULATION AND PROPOSED ORDER TO STAY
LITIGATION THROUGH JUNE 24, 2022
(Case No.: 18-CV-00525-RSL)

-4-

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone:  (206) 332-1380

**<u>ORDER</u>**

The Parties' Stipulation and Proposed Order to Stay Litigation Through 5:00pm on June 24, 2022 is GRANTED.

Plaintiffs are ORDERED to file a status report by 5:00pm on June 24, 2022.

**IT IS SO ORDERED.**

Dated this 17th day of June, 2022.

*Mr S Lasnik*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE