# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

|  |  |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation, <br><br> *Defendants*. | Case No. 18-cv-00525-RSL <br><br> **STATUS REPORT AND ORDER REGARDING EXTENSION OF STAY, PENDING MEDIATION WITH PHILLIPS ADR, THROUGH AUGUST 1, 2022** |

Pursuant to the Court's Order at Dkt. # 474, Plaintiffs provide the following status report:

After extensive discussions over the preceding weeks between (i) Plaintiffs and IGT, (ii) Plaintiffs and DoubleDown, and (iii) IGT and DoubleDown, all Parties have agreed to conduct a mediation session with the assistance of Phillips ADR on July 28, 2022. The Parties have further agreed that Plaintiffs will seek a stay of this case through August 1, 2022.

Consequently, if the Court enters the attached Proposed Order, Plaintiffs will file a further status report on or before August 1, 2022 either (1) seeking an additional extension of the stay, or (2) stating that settlement efforts have failed and there is no need for a further stay.

| | | |
|---|---|---|
| 1 | Dated: July 1, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | **ADRIENNE BENSON** and **MARY SIMONSON** |
| 4 | | individually and on behalf of all others similarly situated, |
| 5 | | By: /s/ Todd Logan |
| 6 | | |
| 7 | | Rafey S. Balabanian* rbalabanian@edelson.com |
| 8 | | Todd Logan* tlogan@edelson.com |
| 9 | | Brandt Silver-Korn* bsilverkorn@edelson.com |
| 10 | | EDELSON PC 150 California Street, 18th Floor |
| 11 | | San Francisco, California 94111 Tel: 415.212.9300/Fax: 415.373.9435 |
| 12 | | |
| 13 | | By: /s/ Alexander G. Tievsky |
| 14 | | Jay Edelson* jedelson@edelson.com |
| 15 | | Alexander G. Tievsky, WSBA #57125 atievsky@edelson.com |
| 16 | | Amy B. Hausmann* abhausmann@edelson.com |
| 17 | | EDELSON PC |
| 18 | | 350 N LaSalle Street, 14th Floor Chicago, IL 60654 |
| 19 | | Tel: 312.589.6370 / Fax: 312.589.6378 |
| 20 | | By: /s/ Cecily C. Jordan |
| 21 | | Cecily C. Jordan, WSBA #50061 |
| 22 | | cjordan@tousley.com TOUSLEY BRAIN STEPHENS PLLC |
| 23 | | 1200 Fifth Avenue, Suite 1700 |
| 24 | | Seattle, Washington 98101 Tel: 206.682.5600 |
| 25 | | *Admitted *pro hac vice* |
| 26 | | |
| 27 | | *Attorneys for Plaintiffs and the Proposed Classes* |

## **ORDER**

Plaintiffs' request that the stay in this case be continued through August 1, 2022 is GRANTED.

Plaintiffs are ORDERED to file a status report on or before August 1, 2022.

Dated this 5th day of July, 2022.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE