**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

ADRIENNE BENSON and MARY
SIMONSON, individually and on behalf of all
others similarly situated,

                *Plaintiffs*,

*v.*

DOUBLEDOWN INTERACTIVE, LLC,
INTERNATIONAL GAME TECHNOLOGY,
and IGT,

                *Defendants*.

Case No. 18-cv-00525-RSL

**ORDER GRANTING EXTENSION**
**OF STAY THROUGH AUGUST 8,**
**2022**

## ORDER

Plaintiffs' request that the stay in this case be continued through August 8, 2022 is

GRANTED. Plaintiffs are ORDERED to file a status report on or before August 8, 2022.

Dated this 2nd day of August 2022.

*MARK S Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 18-CV-525-RSL

1

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378