UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLEDOWN INTERACTIVE, LLC, *et al.*, <br><br> Defendants. | Cause No. C18-0525RSL <br><br> SECOND AMENDED ORDER |

This matter comes before the Court on "Plaintiffs' Motion for Temporary Restraining Order." Dkt. # 482. A hearing on this matter will be held on Wednesday, August 17th, at 9:00 a.m. via Zoom. Defendant DoubleDown Interactive's response to the motion for temporary restraining order shall be filed no later than 9:00 a.m. on Monday, August 15th. Plaintiffs' reply, if any, shall be filed no later than 5:00 p.m. on Tuesday, August 16th. Mr. Joe Sigrist shall appear at the hearing and be prepared to testify regarding the DoubleDown Interactive's corporate structure/relationships and corporate finances. DoubleDown Interactive shall immediately provide Mr. Sigrist's contact information to the Deputy Clerk, Victoria Ericksen, at Victoria_Ericksen@wawd.uscourts.gov: a Zoom invitation will be sent out shortly thereafter.

SECOND AMENDED ORDER - 1

1  Dated this 11th day of August, 2022.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

SECOND AMENDED ORDER - 2