1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

ADRIENNE BENSON and MARY
SIMONSON, individually and on behalf of all
others similarly situated,

                    *Plaintiffs*,

*v.*

DOUBLE DOWN INTERACTIVE, LLC, a
Washington limited liability company, and
INTERNATIONAL GAME TECHNOLOGY,
a Nevada corporation, and IGT, a Nevada
corporation,

                    *Defendants.*

Case No. 18-cv-00525-RSL

**STIPULATED MOTION AND
ORDER STAYING CASE PENDING
FILING OF MOTION FOR
PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT
AGREEMENT**

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

1

## STIPULATED MOTION FOR STAY

2      The Parties have reached a binding agreement in principle to settle this case on a class

3  action basis. Among other provisions, the agreement provides for:

4      • The establishment of a $415 million non-reversionary settlement fund;

5      • A release of claims by settlement class members who do not timely exclude

6        themselves from the settlement; and

7      • Prospective measures.

8      In order to provide the Parties sufficient time to reduce their agreement to a complete class

9  action settlement agreement, and to provide Plaintiffs sufficient time to prepare a motion for

10  preliminary approval, the Parties jointly seek a stay of this case through September 19, 2022, by

11  which time the Parties anticipate that Plaintiffs will have filed preliminary approval papers.

12      Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the

13  Court grant this stipulation and enter the attached Proposed Order.

14

15      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

16

17      DATED this 29th of August, 2022.

18

19

20

21

22

23

24

25

26

27

STIP. AND ORDER STAYING CASE-      1      **EDELSON PC**
CASE NO. 18-CV-525-RSL      350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

Dated: August 29, 2022                    Respectfully submitted,


                                          **EDELSON PC**

                                          By:  /s/ Todd Logan
                                               Rafey S. Balabanian*
                                               rbalabanian@edelson.com
                                               Todd Logan*
                                               tlogan@edelson.com
                                               Brandt Silver-Korn*
                                               bsilverkorn@edelson.com
                                               EDELSON PC
                                               150 California Street, 18th Floor
                                               San Francisco, California 94111
                                               Tel: 415.212.9300/Fax: 415.373.9435

                                          By:  /s/ Alexander G. Tievsky
                                               Jay Edelson*
                                               jedelson@edelson.com
                                               Alexander G. Tievsky, WSBA #57125
                                               atievsky@edelson.com
                                               EDELSON PC
                                               350 N LaSalle Street, 14th Floor
                                               Chicago, IL 60654
                                               Tel: 312.589.6370 / Fax: 312.589.6378

                                          By:  /s/ Cecily C. Jordan
                                               Cecily C. Jordan, WSBA #50061
                                               cjordan@tousley.com
                                               TOUSLEY BRAIN STEPHENS PLLC
                                               1200 Fifth Avenue, Suite 1700
                                               Seattle, Washington 98101
                                               Tel: 206.682.5600


                                               *Admitted *pro hac vice*

1   Dated: August 29, 2022                  Respectfully submitted,

2

3                                           By: /s/ Jaime Drozd Allen

4                                           DAVIS WRIGHT TREMAINE LLP

5                                           Jaime Drozd Allen, WSBA #35742
                                            Stuart R. Dunwoody, WSBA #13948
6                                           Lindsey Mundt, WSBA # 49394
                                            Benjamin J. Robbins, WSBA # 53376
7                                           920 Fifth Avenue, Suite 3300
                                            Seattle, WA 98104
8                                           Telephone: 206-757-8039
                                            Fax: 206-757-7039
9                                           E-mail: jaimeallen@dwt.com
                                            E-mail: stuartdunwoody@dwt.com
10                                          Email: lindseymundt@dwt.com
                                            E-mail: benrobbins@dwt.com
11

12

13  DATED: August 29, 2022                  BIRD, MARELLA, BOXER, WOLPERT,
                                            NESSIM, DROOKS, LINCENBERG &
14                                          RHOW, P.C.

15

16                                                  /s/ Ekwan E. Rhow

17                                          Ekwan E. Rhow (*pro hac vice*)
                                              erhow@birdmarella.com
18                                          Gopi K. Panchapakesan (*pro hac vice*)
                                              gpanchapakesan@birdmarella.com
19                                          Jong-min Choi (*pro hac vice*)
                                              jmchoi@birdmarella.com
20                                          1875 Century Park East, 23rd Floor
                                            Los Angeles, California 90067-2561
21                                          Phone (310) 201-2100
                                            Fax (310) 201-2110
22

23                                          *Attorneys for Double Down Interactive LLC*

24

25

26

27

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370  •  Fax: 312.589.6378

BAKER & HOSTETLER LLP

/s/ James R. Morrison
James R. Morrison, WSBA No. 43043
Logan F. Peppin, WSBA 57704
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
jmorrison@bakerlaw.com
lpeppin@bakerlaw.com

John M. Touhy (*pro hac vice*)
David M. Friebus (*pro hac vice*)
Joshua M. Fliegel (*pro hac vice*)
One North Wacker Drive, Suite 4500
Chicago, IL 60606
Tel: (312) 416-6200
Fax: (312) 416-6201
jtouhy@bakerlaw.com
dfriebus@bakerlaw.com
jfliegel@bakerlaw.com

Paul G. Karlsgodt, WSBA No. 40311
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
pkarlsgodt@bakerlaw.com

*Attorneys for International Game Technology
and IGT*

1

## <u>ORDER</u>

2          Pursuant to Stipulation, this case is STAYED for all purposes, except for any third-

3   party discovery necessary to effectuate the proposed settlement, through September 19,

4   2022.

5

6          **IT IS SO ORDERED.**

7

8          DATED this 29th day of August, 2022.

9

10

11                                        *MRS Lasnik*

12                                        ROBERT S. LASNIK
                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370  •  Fax: 312.589.6378