**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-00525-RSL<br><br>**STIPULATED MOTION RE: EXECUTION OF CLASS ACTION SETTLEMENT AGREEMENT; ORDER EXTENDING STAY OF CASE** |

Case 2:18-cv-00525-RSL   Document 503   Filed 09/22/22   Page 2 of 5

## STIPULATED MOTION TO EXTEND STAY

The Parties previously apprised the Court that they had reached a binding agreement in principle to settle this case on a class action basis. *See* Dkt. #500. The Parties are pleased to report that they have now finalized and executed a class action settlement agreement.

The Parties now jointly seek to exend the stay of this case through October 7, 2022, by which time the Parties anticipate that Plaintiffs will file preliminary approval papers. The Parties do not presently anticipate requiring any additional extensions of the stay.

Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached Proposed Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 21st day of September, 2022.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

By: /s/ Alexander G. Tievsky
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
Edelson PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378

STIP. AND ORDER EXTENDING STAY
CASE NO. 18-CV-525-RSL
1
**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

By: /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Attorneys for Plaintiffs and the Proposed Class*

*Admitted *pro hac vice*

**DAVIS WRIGHT TREMAINE LLP**

By: /s/ Jaime Drozd Allen

Jaime Drozd Allen, WSBA #35742
Stuart R. Dunwoody, WSBA #13948
Lindsey Mundt, WSBA # 49394
Benjamin J. Robbins, WSBA # 53376
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-757-8039
Fax: 206-757-7039
E-mail: jaimeallen@dwt.com
E-mail: stuartdunwoody@dwt.com
Email: lindseymundt@dwt.com
E-mail: benrobbins@dwt.com

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: /s/ Ekwan E. Rhow
Ekwan E. Rhow (*pro hac vice*)
erhow@birdmarella.com
Gopi K. Panchapakesan (*pro hac vice*)
gpanchapakesan@birdmarella.com
Jong-min Choi (*pro hac vice*)
jmchoi@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Phone (310) 201-2100
Fax (310) 201-2110

*Attorneys for DoubleDown Interactive, LLC*

**BAKER & HOSTETLER LLP**

/s/ James R. Morrison
James R. Morrison, WSBA No. 43043
Logan F. Peppin, WSBA 57704
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
jmorrison@bakerlaw.com
lpeppin@bakerlaw.com

John M. Touhy (pro hac vice)
David M. Friebus (pro hac vice)
Joshua M. Fliegel (pro hac vice)
One North Wacker Drive, Suite 4500
Chicago, IL 60606
Tel: (312) 416-6200
Fax: (312) 416-6201
jtouhy@bakerlaw.com
dfriebus@bakerlaw.com
jfliegel@bakerlaw.com

Paul G. Karlsgodt, WSBA No. 40311
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
pkarlsgodt@bakerlaw.com

*Attorneys for International Game Technology and IGT*

# ORDER

Pursuant to Stipulation, this case is STAYED for all purposes, except for any third-party discovery necessary to effectuate the proposed settlement, through October 7, 2022.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2022.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE