UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-00525-RSL<br><br>**STIPULATED MOTION RE: EXECUTION OF CLASS ACTION SETTLEMENT AGREEMENT; ORDER EXTENDING STAY OF CASE** |

|   |   |
|---|---|
| 1 | **STIPULATED MOTION TO EXTEND STAY** |
| 2 | The Parties previously apprised the Court that they had reached a binding agreement in |
| 3 | principle to settle this case on a class action basis. *See* Dkt. #500. The Parties are pleased to report |
| 4 | that they have now finalized and executed a class action settlement agreement. The Parties have |
| 5 | also resolved certain issues pertaining to the timing of funding regarding the settlement fund. |
| 6 | The Parties now jointly seek to exend the stay of this case through October 21, 2022, by |
| 7 | which time the Parties anticipate that Plaintiffs will file preliminary approval papers. |
| 8 | Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the |
| 9 | Court grant this stipulation and enter the attached Proposed Order. |


**STIPULATED MOTION TO EXTEND STAY**

The Parties previously apprised the Court that they had reached a binding agreement in principle to settle this case on a class action basis. *See* Dkt. #500. The Parties are pleased to report that they have now finalized and executed a class action settlement agreement. The Parties have also resolved certain issues pertaining to the timing of funding regarding the settlement fund.

The Parties now jointly seek to exend the stay of this case through October 21, 2022, by which time the Parties anticipate that Plaintiffs will file preliminary approval papers.

Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached Proposed Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 13th day of October, 2022.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

By: /s/ Alexander G. Tievsky
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
Edelson PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378

|   |   |
|---|---|
| 1 | By: /s/ Cecily C. Jordan |
|   | Cecily C. Jordan, WSBA #50061 |
| 2 | cjordan@tousley.com |
|   | Tousley Brain Stephens PLLC |
| 3 | 1200 Fifth Avenue, Suite 1700 |
|   | Seattle, Washington 98101 |
| 4 | Tel: 206.682.5600 |

*Attorneys for Plaintiffs and the Proposed Class*

*Admitted *pro hac vice*

### DAVIS WRIGHT TREMAINE LLP

By: /s/ Jaime Drozd Allen

Jaime Drozd Allen, WSBA #35742
Stuart R. Dunwoody, WSBA #13948
Lindsey Mundt, WSBA # 49394
Benjamin J. Robbins, WSBA # 53376
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-757-8039
Fax: 206-757-7039
E-mail: jaimeallen@dwt.com
E-mail: stuartdunwoody@dwt.com
Email: lindseymundt@dwt.com
E-mail: benrobbins@dwt.com

### BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: /s/ Ekwan E. Rhow

Ekwan E. Rhow (*pro hac vice*)
erhow@birdmarella.com
Gopi K. Panchapakesan (*pro hac vice*)
gpanchapakesan@birdmarella.com
Jong-min Choi (*pro hac vice*)
jmchoi@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Phone (310) 201-2100
Fax (310) 201-2110

*Attorneys for DoubleDown Interactive, LLC*

**BAKER & HOSTETLER LLP**

/s/ James R. Morrison
James R. Morrison, WSBA No. 43043
Logan F. Peppin, WSBA 57704
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
jmorrison@bakerlaw.com
lpeppin@bakerlaw.com

John M. Touhy (pro hac vice)
David M. Friebus (pro hac vice)
Joshua M. Fliegel (pro hac vice)
One North Wacker Drive, Suite 4500
Chicago, IL 60606
Tel: (312) 416-6200
Fax: (312) 416-6201
jtouhy@bakerlaw.com
dfriebus@bakerlaw.com
jfliegel@bakerlaw.com

Paul G. Karlsgodt, WSBA No. 40311
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
pkarlsgodt@bakerlaw.com

*Attorneys for International Game Technology and IGT*

**ORDER**

Pursuant to Stipulation, this case is STAYED for all purposes, except for any third-party discovery necessary to effectuate the proposed settlement, through October 21, 2022.

Dated this 14th day of October, 2022.

*MMr S Lasnik*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE