The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

ADRIENNE BENSON and MARY
SIMONSON, individually and on behalf of all
others similarly situated,

*Plaintiffs*,

*v.*

DOUBLE DOWN INTERACTIVE, LLC, a
Washington limited liability company, and
INTERNATIONAL GAME TECHNOLOGY,
a Nevada corporation, and IGT, a Nevada
corporation,

*Defendants.*

Case No. 18-cv-00525-RSL

**STIPULATED MOTION RE:
SETTLEMENT FUND; [PROPOSED]
ORDER**

**NOTE ON MOTION CALENDAR:**

November 11, 2022

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378

**STIPULATED MOTION RE: SETTLEMENT FUND**

The Parties' contemperaneously-filed Settlement Agreement reserved for the Court's resolution a dispute as to the timing of the establishment of the Settlement Fund. *See* Settlement Agreement Recital HH at p. 5. The Parties have now reached a compromise resolving that dispute. Consequently, the Parties respectfully request that the Court enter the attached [Proposed] Order effectuating their compromise. Specifically, the Parties have agreed that:

1. Fourteen days after the Court's entry of preliminary approval, each of (i) DoubleDown, and (ii) the IGT Defendants shall make a First Payment of fifty million dollars ($50,000,000) into the Settlement Fund, such that the Settlement Fund shall then have one hundred million dollars ($100,000,000) in it. Defendants shall make the First Payments by initiating a wire tranfer to the Settlement Adminstrator on the fourteenth day after the Court's entry of preliminary approval. The Settlement Adminstrator shall provide wire transfer instructions to Defendants on or before the date of preliminary approval.

2. Plaintiffs shall cause the Settlement Administrator to invest the First Payments in the Settlement Fund, net of the costs of notice, into 26-week maturity United States treasury bills within seven days of receipt of the First Payments.[1] If the "High Rate" published on treasurydirect.gov in connection with the auction for 26-week treasury bills that occurs immediately following the date on which the Court issues preliminary approval (*i.e.*, the Monday or Tuesday following the Court's order) is less than 3.5 percent, then Defendants shall have the right withdraw from this Stipulation. Following the investment of the First Payments, the Settlement Administrator shall provide written confirmation to Defendants regarding the details of the investment and that the investment was made.

3. Interest and/or yield earned on the First Payments shall be applied to reduce the amount of the Final Payments owed by the Defendants following final approval, as calculated below.

4. Within fourteen days of the Court's entry of final approval, each of (i) DoubleDown, and (ii) the IGT Defendants, shall make a Final Payment into the Settlement. The amount of each Final Payment shall be calculated as (i) the amount of that Defendant's individual contribution responsibility, as set forth in Section 1.37 of the Settlement Agreement, (ii) minus half of the total value[2] of the Settlement Fund as of fourteen days after the Court's entry of final approval.

---

[1]    In the event that the Court does not enter final approval before the 26-week maturity United States treasury bills have matured, the Settlement Fund shall then be placed in money-market United States treasury bills.

[2]    The total value of the Settlement Fund as of fourteen days of the Court's entry of final approval shall be calculated by the Settlement Administrator, subject to the Court's review should any party object. The total value shall be calculated by the Settlement Administrator as the sum of (i) the notice costs paid and deducted from the Settlement Fund pursuant to Paragraph 2 above, plus (ii) the value of the Settlement Fund immediately prior to the Final Payments, assuming—even if the 26-week maturity United States treasury bills have not yet matured—that all yield to be earned by the treasury bills were evenly distributed across the term of those treasury bills.

STIP. AND [PROPOSED] ORDER
CASE NO. 18-CV-525-RSL
3823969 1

1

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370  •  Fax: 312 589 6378

5.  In the event that the Court enters an order denying with prejudice final approval of the Settlement Agreement, all money in the Settlement Fund, including all interest and/or yield earned, shall be returned in equal amounts to DoubleDown and the IGT Defendants.

Pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached [Proposed] Order.


IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED this 11th day of November, 2022.


**EDELSON PC**

By:  /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

By:  /s/ Alexander G. Tievsky
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
Edelson PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378

By:  /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Attorneys for Plaintiffs and the Proposed Class*

STIP. AND [PROPOSED] ORDER
CASE NO. 18-CV-525-RSL
3823969 1

2

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378

1    *Admitted *pro hac vice*

2

3    **DAVIS WRIGHT TREMAINE LLP**

     By: /s/   Jaime Drozd Allen
4

5    Jaime Drozd Allen, WSBA #35742
     Stuart R. Dunwoody, WSBA #13948
     Lindsey Mundt, WSBA # 49394
6    Benjamin J. Robbins, WSBA # 53376
     920 Fifth Avenue, Suite 3300
7    Seattle, WA 98104
     Telephone: 206-757-8039
8    Fax: 206-757-7039
     E-mail: jaimeallen@dwt.com
9    E-mail: stuartdunwoody@dwt.com
     Email: lindseymundt@dwt.com
10   E-mail: benrobbins@dwt.com

11

12   **BIRD, MARELLA, BOXER, WOLPERT,**
     **NESSIM, DROOKS, LINCENBERG &**
13   **RHOW, P.C.**

     By: /s/   Gopi K. Panchapakesan
14   Ekwan E. Rhow (*pro hac vice*)
15   erhow@birdmarella.com
     Gopi K. Panchapakesan (*pro hac vice*)
16   gpanchapakesan@birdmarella.com
     Jong-min Choi (*pro hac vice*)
17   jmchoi@birdmarella.com
     1875 Century Park East, 23rd Floor
18   Los Angeles, California 90067-2561
     Phone (310) 201-2100
19   Fax (310) 201-2110

20

21   *Attorneys for DoubleDown Interactive, LLC*

22

23   **BAKER & HOSTETLER LLP**

     /s/ James R. Morrison
24   James R. Morrison, WSBA No. 43043
     Logan F. Peppin, WSBA 57704
25   999 Third Avenue, Suite 3900
     Seattle, WA 98104
26   Tel: (206) 332-1380
     Fax: (206) 624-7317
27   jmorrison@bakerlaw.com

lpeppin@bakerlaw.com

John M. Touhy (pro hac vice)
David M. Friebus (pro hac vice)
One North Wacker Drive, Suite 4500
Chicago, IL 60606
Tel: (312) 416-6200
Fax: (312) 416-6201
jtouhy@bakerlaw.com
dfriebus@bakerlaw.com

Paul G. Karlsgodt, WSBA No. 40311
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
pkarlsgodt@bakerlaw.com

*Attorneys for International Game Technology and IGT*

STIP. AND [PROPOSED] ORDER
CASE NO. 18-CV-525-RSL
3823969 1

4

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378

1

## [PROPOSED] ORDER

2

3        Pursuant to Stipulation, it is SO ORDERED.

4

5        **IT IS SO ORDERED.**

6

7        DATED this _____ day of _____, 2022.

8

9

10                                    _____
                                      ROBERT S. LASNIK
11                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378