# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-525-RSL<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZE BRIEF** *INSTANTER* |

**Order**

Plaintiffs' Unopposed Motion for Leave to File Oversize Brief *Instanter* is **Granted**. Plaintiffs may file up to a thirty-five page Motion for Preliminary Approval of Class Action Settlement Agreement.

**IT IS SO ORDERED.**

DATED this 14th day of November, 2022.

_____
Honorable Robert S. Lasnik
United States District Judge

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378