# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants*. | No. 18-cv-525-RSL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

ORDER GRANTING
PRELIMINARY APPROVAL
CASE NO. 18-CV-525-RSL

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

The above-captioned matter came before this Court upon Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Based upon the memoranda, declaration, exhibits submitted, as well as the files and proceedings in this case and the other social casino cases pending in this District, the Court finds as follows:

1. The Court grants preliminary approval of the Settlement based upon the terms set forth in the Settlement Agreement.

2. The settlement terms set forth in the Settlement Agreement appear to be fair, adequate and reasonable to the Settlement Class, and the Court preliminarily approves the terms of the Settlement Agreement, including:

    a. A Settlement Fund of $415,000,000;

    b. Incentive Awards, which shall not exceed $7,500 each for Plaintiffs Adrienne Benson and Mary Simonson;

    c. Attorneys' fees to Settlement Class Counsel, which shall be no more than thirty percent (30%) of the Settlement Fund, plus reimbursement of expenses, and;

    d. Settlement Administration Expenses, which together with any anticipated Fee Award and Incentive Awards, shall be no more than thirty percent (30%) of the Settlement Fund.

3. The Court grants the Parties' request for certification of the following Rule 23 Settlement Class for the sole and limited purpose of implementing the terms of the Settlement Agreement, subject to this Court's final approval:

> all individuals who, in the United States (as reasonably determined by IP address information, or other information furnished by Defendants and Platform Providers), played the Applications on or before Preliminary Approval of the Settlement.[1]

---

[1] Excluded from the Settlement Class are (1) any Judge or Magistrate presiding over this Action and members of their families, (2) the Defendants, Defendants' subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendants or their parents have a controlling interest and their current or former officers, directors, and employees, (3) persons who properly execute and file a timely request for exclusion from the Settlement Class, and (4) the legal representatives, successors or assigns of any such excluded persons.

ORDER GRANTING
PRELIMINARY APPROVAL
CASE NO. 18-CV-525-RSL

1

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

4. The Court preliminarily appoints Jay Edelson, Rafey S. Balabanian, Todd Logan, Alexander G. Tievsky, Brandt Silver-Korn, and Amy B. Hausmann of Edelson PC as Class Counsel, and Plaintiffs Adrienne Benson and Mary Simonson as Class Representatives.

5. This Court approves, as to form and content, the notice of proposed class action settlement (the "Notice") in substantially the form attached to the Settlement Agreement as Exhibits B, C and D. The Court approves the procedure for Settlement Class Members to opt out of, or object to, the Settlement as set forth in the Settlement Agreement Notice.

6. The Court directs the mailing of the Settlement Class Notice by email and/or First-Class U.S. mail to the Settlement Class Members in accordance with the schedule set forth below. The Court finds the dates selected for the mailing and distribution of the Notice, as set forth below, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

| **Deadline** | **Event** |
|---|---|
| November 29, 2022 | Deadline for DoubleDown to provide Settlement Class Member contact information to Class Counsel and the Settlement Administrator |
| November 22, 2022 | Deadline for Settlement Administrator to provide Notice on the settlement website, www.doubledownsettlement.com |
| December 20, 2022 | Deadline for Settlement Administrator to mail Notice via Email and/or First-Class U.S. Mail (the "Notice Date") |
| No later than thirty (30) days prior to the Claims Deadline, and again ten (10) days prior to the Claims Deadline, and five (5) days prior to the Claims Deadline | Deadlines for the Settlement Administrator to send Reminder Notice via email |
| February 14, 2023 | Deadline to have postmarked and/or filed a written objection to this Settlement Agreement or a request for exclusion |

7. The Court appoints JND Legal Administration as the Settlement Administrator.

8. The Court adopts the following dates and deadlines:

9. The Claims Deadline is scheduled for February 14, 2023, fifty-six (56) days following the Notice Date.

10. Class Counsel shall file a memorandum of points and authorities in support of their motion for approval of attorneys' fees and litigation expenses no later than January 16, 2023. The motion shall be noted for consideration on March 24, 2023.

11. Settlement Class Counsel shall file a memorandum of points and authorities in support of the final approval of the Settlement Agreement no earlier than March 7, 2023. The motion shall be noted for consideration on March 24, 2023.

12. A final settlement approval fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Settlement Class Counsel, and the Settlement Class Representatives' Incentive Awards should be finally approved as fair, reasonable and adequate as to the members of the Settlement Class is scheduled for Thursday, March 30, 2023, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2022

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

By: /s/ Todd Logan

Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

By: /s/ Alexander G. Tievsky

Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370 / Fax:312.589.6378

By: /s/ Cecily C. Jordan

Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Plaintiffs' Attorneys and Proposed Class Counsel*

*Admitted *pro hac vice*

ORDER GRANTING
PRELIMINARY APPROVAL
CASE NO. 18-CV-525-RSL

4

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378