UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-00525-RSL<br><br>**STIPULATED MOTION RE: SETTLEMENT FUND AND ORDER** |

**STIPULATED MOTION RE: SETTLEMENT FUND**

The Parties' contemperaneously-filed Settlement Agreement reserved for the Court's resolution a dispute as to the timing of the establishment of the Settlement Fund. *See* Settlement Agreement Recital HH at p. 5. The Parties have now reached a compromise resolving that dispute. Consequently, the Parties respectfully request that the Court enter the attached [Proposed] Order effectuating their compromise. Specifically, the Parties have agreed that:

1. Fourteen days after the Court's entry of preliminary approval, each of (i) DoubleDown, and (ii) the IGT Defendants shall make a First Payment of fifty million dollars ($50,000,000) into the Settlement Fund, such that the Settlement Fund shall then have one hundred million dollars ($100,000,000) in it. Defendants shall make the First Payments by initiating a wire tranfer to the Settlement Adminstrator on the fourteenth day after the Court's entry of preliminary approval. The Settlement Adminstrator shall provide wire transfer instructions to Defendants on or before the date of preliminary approval.

2. Plaintiffs shall cause the Settlement Administrator to invest the First Payments in the Settlement Fund, net of the costs of notice, into 26-week maturity United States treasury bills within seven days of receipt of the First Payments.[1] If the "High Rate" published on treasurydirect.gov in connection with the auction for 26-week treasury bills that occurs immediately following the date on which the Court issues preliminary approval (*i.e.*, the Monday or Tuesday following the Court's order) is less than 3.5 percent, then Defendants shall have the right withdraw from this Stipulation. Following the investment of the First Payments, the Settlement Administrator shall provide written confirmation to Defendants regarding the details of the investment and that the investment was made.

3. Interest and/or yield earned on the First Payments shall be applied to reduce the amount of the Final Payments owed by the Defendants following final approval, as calculated below.

4. Within fourteen days of the Court's entry of final approval, each of (i) DoubleDown, and (ii) the IGT Defendants, shall make a Final Payment into the Settlement. The amount of each Final Payment shall be calculated as (i) the amount of that Defendant's individual contribution responsibility, as set forth in Section 1.37 of the Settlement Agreement, (ii) minus half of the total value[2] of the Settlement Fund as of fourteen days after the Court's entry of final approval.

---

[1] In the event that the Court does not enter final approval before the 26-week maturity United States treasury bills have matured, the Settlement Fund shall then be placed in money-market United States treasury bills.

[2] The total value of the Settlement Fund as of fourteen days of the Court's entry of final approval shall be calculated by the Settlement Administrator, subject to the Court's review should any party object. The total value shall be calculated by the Settlement Administrator as the sum of (i) the notice costs paid and deducted from the Settlement Fund pursuant to Paragraph 2 above, plus (ii) the value of the Settlement Fund immediately prior to the Final Payments, assuming—even if the 26-week maturity United States treasury bills have not yet matured—that all yield to be earned by the treasury bills were evenly distributed across the term of those treasury bills.

---

STIP. AND ORDER
CASE NO. 18-CV-525-RSL
3823969.1

1

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

5. In the event that the Court enters an order denying with prejudice final approval of the Settlement Agreement, all money in the Settlement Fund, including all interest and/or yield earned, shall be returned in equal amounts to DoubleDown and the IGT Defendants.

Pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 11th day of November, 2022.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

By: /s/ Jay Edelson
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
Edelson PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378

By: /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Attorneys for Plaintiffs and the Proposed Class*

STIP. AND ORDER
CASE NO. 18-CV-525-RSL
3823969.1

2

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

*Admitted *pro hac vice*

**DAVIS WRIGHT TREMAINE LLP**

By: /s/ Jaime Drozd Allen

Jaime Drozd Allen, WSBA #35742
Stuart R. Dunwoody, WSBA #13948
Lindsey Mundt, WSBA # 49394
Benjamin J. Robbins, WSBA # 53376
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-757-8039
Fax: 206-757-7039
E-mail: jaimeallen@dwt.com
E-mail: stuartdunwoody@dwt.com
Email: lindseymundt@dwt.com
E-mail: benrobbins@dwt.com

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: /s/ Gopi K. Panchapakesan
Ekwan E. Rhow (*pro hac vice*)
erhow@birdmarella.com
Gopi K. Panchapakesan (*pro hac vice*)
gpanchapakesan@birdmarella.com
Jong-min Choi (*pro hac vice*)
jmchoi@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Phone (310) 201-2100
Fax (310) 201-2110

*Attorneys for DoubleDown Interactive, LLC*

**BAKER & HOSTETLER LLP**

/s/ James R. Morrison
James R. Morrison, WSBA No. 43043
Logan F. Peppin, WSBA 57704
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
jmorrison@bakerlaw.com

STIP. AND ORDER
CASE NO. 18-CV-525-RSL
3823969.1

3

Edelson PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

| | |
|---|---|
| 1 | lpeppin@bakerlaw.com |
| 2 | John M. Touhy (pro hac vice)<br>David M. Friebus (pro hac vice) |
| 3 | One North Wacker Drive, Suite 4500<br>Chicago, IL 60606 |
| 4 | Tel: (312) 416-6200<br>Fax: (312) 416-6201 |
| 5 | jtouhy@bakerlaw.com<br>dfriebus@bakerlaw.com |
| 6 | Paul G. Karlsgodt, WSBA No. 40311 |
| 7 | 1801 California Street, Suite 4400<br>Denver, CO 80202 |
| 8 | Tel: (303) 861-0600<br>Fax: (303) 861-7805 |
| 9 | pkarlsgodt@bakerlaw.com |
| 10 | *Attorneys for International Game Technology and IGT* |

STIP. AND ORDER
CASE NO. 18-CV-525-RSL
3823969.1

4

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

# **ORDER**

Pursuant to Stipulation, it is SO ORDERED.

Dated this 14th day of November, 2022.

*MRT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
CASE NO. 18-CV-525-RSL

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378