# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-0525-RSL<br><br>**ORDER GRANTING IN PART PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE SETTLEMENT DEADLINES** |

# Order

Plaintiffs' unopposed motion is GRANTED IN PART. The Court sets the following amended deadlines and dates:

- **Notice Date**: January 31, 2023
- **Reminder Notice**: February 26, 2023 and again March 18, 2023, and again March 23, 2023
- **Deadline to File Motion for Approval of Attorneys' Fees, Incentive Fees, and Litigation Expenses**: February 27, 2023
- **Claims Deadline**: March 28, 2023
- **Objection/Exclusion Deadline**: March 28, 2023
- **Deadline to File Motion for Final Approval of the Settlement Agreement**: April 18, 2023
- **Final Approval Hearing**: April 27, 2023, at 10:30 a.m. unless changed by further order of the Court.

The Clerk of Court is hereby directed to stay all pending motions[1] in the above-captioned case and remove them from the motions calendar.

**IT IS SO ORDERED.**

Dated this 16th day of December, 2022.

Robert S. Lasnik
United States District Judge

---

[1] The pending motions are at Dkt. # 164, # 264, # 274, # 277, # 291, # 297, # 289, # 322, # 339, # 340, # 362, # 372, # 373, # 376, # 377, # 380, # 381, # 405, # 408, # 412, # 440, # 441, # 442, # 446, # 452, and # 460.

ORDER GRANTING IN PART PLAINTIFFS' MOTION TO CONTINUE SETTLEMENT DEADLINES — 1

Edelson PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

1  Presented by:

2  By: /s/ Todd Logan

3
   Rafey S. Balabanian*
4  rbalabanian@edelson.com
   Todd Logan*
5  tlogan@edelson.com
   Brandt Silver-Korn*
6  bsilverkorn@edelson.com
   EDELSON PC
7  150 California Street, 18th Floor
   San Francisco, California 94111
8  Tel: 415.212.9300 / Fax: 415.373.9435

9
   By: /s/ Alexander G. Tievsky
10
   Jay Edelson*
11 jedelson@edelson.com
   Alexander G. Tievsky, WSBA #57125
12 atievsky@edelson.com
   Amy B. Hausmann*
13 abhausmann@edelson.com
   EDELSON PC
14 350 North LaSalle Street, 14th Floor
   Chicago, Illinois 60654
15 Tel: 312.589.6370 / Fax:312.589.6378

16
17 By: /s/ Cecily C. Jordan

18 Cecily C. Jordan, WSBA #50061
   cjordan@tousley.com
19 TOUSLEY BRAIN STEPHENS PLLC
   1200 Fifth Avenue, Suite 1700
20 Seattle, Washington 98101
21 Tel: 206.682.5600

22 *Class Counsel and Attorneys for Plaintiffs*

23 *Admitted *pro hac vice*

24

25

26

27

ORDER GRANTING IN PART PLAINTIFFS' MOTION TO
CONTINUE SETTLEMENT DEADLINES    2

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378