# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-0525-RSL<br><br>**STIPULATED MOTION AND ORDER RE: NONPARTY AMAZON.COM, INC.'S PRODUCTION OF DOCUMENTS** |

**STIPULATED MOTION RE:**
**NONPARTY AMAZON.COM, INC.'S PRODUCTION OF DOCUMENTS**

Since the filing of Plaintiffs' Motion to Compel Nonparty Amazon.com, Inc. ("Amazon") to Produce Documents, *see* Dkt. #515, Class Counsel and counsel for Amazon have continued to meet and confer regarding Plaintiffs' Subpoena. Class Counsel and counsel for Amazon have agreed—subject to Court approval—to the following:

1. Amazon will complete production of documents responsive to all three Requests for Production in Plaintiffs' Subpoena, Dkt. #516-1, on or before January 17, 2023, to include:

    a. Data for the U.S. marketplace, for customers who spent more than $0 but less than or equal to $100 on purchases associated with the apps Double Down Casino and Ellen's Road to Riches (the "Apps") on or before November 14, 2022, to include: (1) customer name, (2) email address, and (3) total purchases;

    b. Data for the U.S. marketplace, for customers who spent more than $100 on purchases associated with the Apps on or before November 14, 2022, to include: (1) customer name, (2) email address, (3) phone number, (4) physical address, and (5) total purchases; and

    c. The total dollar value of U.S. marketplace net customer spending in the Apps, from April 1, 2014 - June 30, 2022.

2. Amazon's production obligations as set forth herein are subject to entry of a Stipulation and Order re Agreed Rider to Protective Order Regarding the Use and Disclosure of Discovery Produced by Nonparty Amazon.com, Inc. (the "Rider"), which shall be similar to the agreed rider previously used by Amazon and Class Counsel in *Ferrando v. Zynga Inc.*, Case No. 2:22-cv-00214-RSL, Dkt. No. 38.

3. Plaintiffs' Motion to Compel, Dkt. #515, will be renoted to January 20, 2023.

4. Assuming that Amazon satisfactorily completes production on or before January 17, 2023, Plaintiffs will withdraw their Motion to Compel by January 18, 2023.

5. In the event that Plaintiffs do not withdraw their Motion (*e.g.*, because Amazon does not

1  timely produce or there is a dispute over the sufficiency of the production), Amazon may
2  file a response to Plaintiffs' Motion to Compel , up to five pages, by January 18, 2023.
3  Plaintiffs may file a reply, up to five pages, by January 20, 2023.

5  Class Counsel and Amazon respectfully request that the Court grant this stipulated motion
6  and enter the attached Proposed Order.

8  IT IS SO STIPULATED, THROUGH CLASS COUNSEL OF RECORD AND BY
9  COUNSEL FOR NONPARTY AMAZON.COM, INC.

11  DATED this 3rd day of January, 2023.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

By: /s/ Alexander G. Tievsky
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
Edelson PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378

By: /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
Tousley Brain Stephens PLLC

1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Class Counsel and Attorneys for Plaintiffs*

*Admitted *pro hac vice*

**LAW OFFICES OF
ANTHONY S. WISEN, PLLC**

By: /s/ Anthony S. Wisen

Anthony S. Wisen, WSBA #39656
tony@wisenlaw.com
2208 NW Market Street, #502
Seattle, Washington 98107
Tel: 206.418.8720

*Attorney for Nonparty Amazon.com, Inc.*

# ORDER

This stipulated motion is GRANTED. The Court ORDERS as follows:

1. Amazon shall complete production of documents to all three requests in Plaintiffs' Subpoena, Dkt. #516-1, on or before January 17, 2023, and shall comprise the data described in the foregoing Stipulation.

2. Amazon's production obligations as set forth herein are subject to entry of the Rider described in the foregoing Stipulation.

3. The Clerk of Court is directed to renote plaintiffs' Motion to Compel, Dkt. #515, to January 20, 2023.

4. In the event that Plaintiffs do not withdraw the Motion to Compel, Amazon's response to the Motion shall be filed by January 18, 2023, and shall be no more than 5 pages. Any reply shall be filed by January 20, 2023, and shall be no more than 5 pages.

Dated this 4th day of January, 2023.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE