**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-0525-RSL<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE SETTLEMENT DEADLINES BY ADDITIONAL 14 DAYS** |

1 **Order**

2 Plaintiffs' unopposed motion is GRANTED. The Court sets the following amended
3 deadlines and dates:

4 • **Notice Date**: February 14, 2023

5 • **Reminder Notice**: March 12, 2023, and again April 1, 2023, and again April 6,
6 2023

7 • **Deadline to File Motion for Approval of Attorneys' Fees, Incentive Fees, and**
8 **Litigation Expenses**: March 13, 2023

9 • **Claims Deadline**: April 11, 2023

10 • **Objection/Exclusion Deadline**: April 11, 2023

11 • **Deadline to File Motion for Final Approval of the Settlement Agreement**: May
12 2, 2023

13 • **Final Approval Hearing**: June 1, 2023, at 11:00 a.m.

14 **IT IS SO ORDERED.**

16 Dated this 23rd day of January, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

By: /s/ Todd Logan

Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

By: /s/ Alexander G. Tievsky

Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370 / Fax:312.589.6378

By: /s/ Cecily C. Jordan

Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Class Counsel and Attorneys for Plaintiffs*

*Admitted *pro hac vice*