# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>    *Defendants*. | Case No. 18-cv-525-RSL<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CORRECT CLERICAL ERROR IN NOTICE MATERIALS** |

# Order

Plaintiffs' unopposed motion is GRANTED. Within 2 days of this Order, the Settlement Administrator shall make the following correction in the response to Question No. 8 in the "Frequently Asked Questions" portion of the Settlement Website:

"You should receive a check or electronic payment from the Settlement Administrator within ~~60 days~~ **90 days** after the Settlement has been finally approved and/or after any appeals process is complete, which is at least ~~90 days~~ **120 days** after final approval."

**IT IS SO ORDERED.**

DATED this 9th day of February, 2023.

_____
Robert S. Lasnik
United States District Judge

Presented by:

By: /s/ Todd Logan

Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

By: /s/ Alexander G. Tievsky

Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*

ORDER GRANTING PLS.' MOT. TO CORRECT
CLERICAL ERROR IN NOTICE MATERIALS CASE
NO. 18-CV-525-RSL

1

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378

abhausmann@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370 / Fax:312.589.6378

By: /s/ Cecily C. Jordan

Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Class Counsel and Attorneys for Plaintiffs*

\*Admitted *pro hac vice*