# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants*. | No. 18-cv-525-RSL<br><br>**ORDER GRANTING CLASS COUNSEL'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF** |

Order Granting Class Counsel's
Motion for Leave to File Over-Length Brief
CASE NO. 18-CV-525-RSL - i

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

# ORDER

Plaintiffs' motion is **GRANTED**. Class Counsel's Motion for Award of Attorneys' Fees and Expenses and Issuance of Incentive Awards may be up to 15,000 words.

**IT IS SO ORDERED.**

Dated this 14th day of March, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Order Granting Class Counsel's
Motion for Leave to File Over-Length Brief
CASE NO. 18-CV-525-RSL - 2

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378