**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ADRIENNE BENSON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUBLEDOWN INTERACTIVE, LLC, *et al.*, <br><br> *Defendants*. | No. 18-cv-0525-RSL <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF** |

Plaintiffs' motion is **GRANTED**. Plaintiffs' Motion for Final Approval of Class Action Settlement Agreement may be up to 12,000 words.

**IT IS SO ORDERED.**

Dated this 1sth day of May, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

Order Granting Plaintiffs'
Motion for Leave to File Over-Length Brief
CASE NO. 18-CV-525-RSL - 2

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378