# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE, LLC, a Washington limited liability company, INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and IGT, a Nevada corporation,<br><br>*Defendants*. | Case No. 18-cv-525-RSL<br><br>**UNOPPOSED MOTION FOR APPROVAL OF SECOND DISTRIBUTION PLAN** |

On June 1, 2023, this Court granted final approval of the Class Action Settlement and directed the Parties to "proceed with the Settlement procedures specified under the terms of the Settlement Agreement, including payment and prospective relief." Dkt. #549 at 2. The Settlement Administrator in this case has since effected the process laid out in the Settlement Agreement for determining Settlement Payments and has paid from the Settlement Fund all Approved Claims. *See* Dkt. #508-1 § 2.1(b)-(g).

Despite diligent efforts, some payments were unsuccessful, and some checks remain uncashed. As a result, there is approximately $6,884,546.28 remaining in the Settlement Fund, net of the Settlement Administrator's costs and expenses, available for a second distribution as of the date of this filing (the "Reserve Fund"). The Reserve Fund represents approximately 1.65% of the Settlement Fund. Class Counsel therefore submits for the Court's approval the following, unopposed Second Distribution Plan:

1. The Settlement Administrator will promptly make a second and final distribution to claimants from the Reserve Fund.

2. Specifically, the Settlement Administrator will allocate the Reserve Fund—less the administrative expenses of the second distribution—pro rata to all claimants who previously received Settlement Payments. However, to the extent a second distribution to a claimant would equal less than five dollars ($5), that second distribution shall not be paid, and instead the amount shall be distributed pro rata to claimants whose additional distribution is at least five dollars ($5).

3. To the extent that any of these additional payments are not cashed/processed by claimants after ninety (90) calendar days, such funds shall be paid to the Legal Foundation of Washington—the *cy pres* recipient named in § 2.1(h) of the Settlement Agreement. Dkt. #508-1 § 2.1(h).

\*   \*   \*

This proposed Second Distribution Plan mirrors the second distribution plan approved by this Court in the related *Reed v. Light and & Wonder Inc.* and *Ferrando et al. v. Zynga, Inc.* matters (Case No. 18-cv-00565, Dkt. #204, Case No. 22-cv-00214, Dkt. #69), and is fair, equitable, and faithfully effectuates the Settlement Agreement in this case. *See* Dkt. #508-1 § 2.1. Consequently, Class Counsel requests—and no Party opposes—that the Court grant this motion and enter the attached Proposed Order.

Dated:  March 6, 2024                                      Respectfully submitted,

**CLASS COUNSEL**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan, WBSA #60698
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378

*Class Counsel*

By: /s/ Cecily C. Jordan

|   |   |
|---|---|
| 1 | Cecily C. Jordan, WSBA #50061 |
|   | cjordan@tousley.com |
| 2 | TOUSLEY BRAIN STEPHENS PLLC |
|   | 1200 Seventh Avenue, Suite 1700 |
| 3 | Seattle, Washington 98101 |
|   | Tel: 206.682.5600 |
| 4 |   |
| 5 | *Plaintiff's Counsel* |
| 6 | *Admitted *pro hac vice* |
| 7 | *I certify that this memorandum contains 368 words, in compliance with the Local Civil Rules* |

CLASS COUNSEL'S UNOPPOSED MOTION
CASE NO. 18-CV-525-RSL - 4

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

**ORDER**

Class Counsel's unopposed motion is GRANTED. The Second Distribution Plan is approved.

IT IS SO ORDERED.

Dated this 7th day of March, 2024.

*MMT S Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 18-CV-525-RSL - 1

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378